**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

University of Northern Virginia, Inc.
100221 Balls Ford Rd.
Manassas, VA 20109   Case No. 3:09-cv-02225-DAK

       Plaintiff,

v.

       Judge David A. Katz

Tiffin University, Inc.
155 Miami St.
Tiffin, Ohio 44993

       Defendant.

---

**STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT, TIFFIN UNIVERSITY TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

---

This matter came to be considered upon an agreement between Plaintiff, University of Northern Virginia, Inc. and Defendant, Tiffin University, Inc. Based upon the agreement between Plaintiff and Defendant, the Court hereby finds and orders Defendant shall have until November 13, 2009 to file responsive pleadings in response to Plaintiff's Complaint.

    **IT IS ORDERED:**

                                                            _____
                                                            **Judge David A. Katz**

**AGREED TO BY:**

Per telephone and e-mail consent 10-12-09_____
Richard R. Kerger, Esq.
Kerger & Hartman
Ste. 100
33 South Michigan Street
Toledo, Ohio 43604
(419) 255-5990
rkerger@kergerlaw.com
Counsel for Plaintiff University of Northern Virginia, Inc.


Per telephone consent 10-14-09_____
Shawn C. Whittaker, Esq.
Whittaker & Associates
Ste. 607
1010 Rockville Pike
Rockville, MD 20852
(301) 838-4502
Counsel for Plaintiff


___/s/David J. Claus_____
David J. Claus (0070976), Esq.
Lange & DeVine Law Offices, LLC
174 S. Washington Street
PO Box 685
Tiffin, Ohio 44883
Phone: (419) 448-9250; Fax: (419) 448-9253
Email:djc@bizwoh.rr.com
Counsel for Defendant Tiffin University, Inc.


**SUBMITTED BY:**
David J. Claus, Esq.
Lange & DeVine Law Offices, LLC
174 S. Washington Street
PO Box 685
Tiffin, Ohio 44883
Phone: (419) 448-9250; Fax: (419) 448-9253
Email:djc@bizwoh.rr.com
Counsel for Tiffin University, Inc.
###

Richard R. Kerger, Esq.
Kerger & Hartman
Ste. 100
33 South Michigan Street
Toledo, Ohio 43604
(419) 255-5990
rkerger@kergerlaw.com
Counsel for Plaintiff University of Northern Virginia, Inc.


Shawn C. Whittaker, Esq.
Whittaker & Associates
Ste. 607
1010 Rockville Pike
Rockville, MD 20852
(301) 838-4502
Counsel for Plaintiff


David J. Claus, Esq.
Lange & DeVine Law Offices, LLC
174 S. Washington Street
PO Box 685
Tiffin, Ohio 44883
Phone: (419) 448-9250;  Fax: (419) 448-9253
Email:djc@bizwoh.rr.com
Counsel for Defendant Tiffin University, Inc.