**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

University of Northern Virginia, Inc.
100221 Balls Ford Rd.
Manassas, VA 20109                                  Case No. 3:09-cv-02225-DAK

        Plaintiff,
v.
                                                Judge David A. Katz

Tiffin University, Inc.
155 Miami St.
Tiffin, Ohio 44993

        Defendant.

---

**STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT, TIFFIN UNIVERSITY TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

---

This matter came to be considered upon an agreement between Plaintiff, University of Northern Virginia, Inc. and Defendant, Tiffin University, Inc. Based upon the agreement between Plaintiff and Defendant, the Court hereby finds and orders Defendant shall have until November 13, 2009 to file responsive pleadings in response to Plaintiff's Complaint.

**IT IS ORDERED:**

                                                    /s/ David A. Katz
                                                    _____
                                                    **Judge David A. Katz**