**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

University of Northern Virginia, Inc.
100221 Balls Ford Rd.
Manassas, VA 20109                                Case No. 3:09-cv-02225-DAK

                       Plaintiff,

v.
                                       Judge David A. Katz

Tiffin University, Inc.
155 Miami St.
Tiffin, Ohio 44993

                       Defendant.

---

**STIPULATED ORDER FOR SECOND EXTENSION OF TIME
FOR DEFENDANT, TIFFIN UNIVERSITY TO FILE RESPONSIVE
PLEADINGS TO PLAINTIFF'S COMPLAINT**

---

This matter came to be considered upon an agreement between Plaintiff, University of Northern Virginia, Inc. and Defendant, Tiffin University, Inc. Based upon the agreement between Plaintiff and Defendant, the Court hereby finds and orders Defendant shall have until December 14, 2009 to file responsive pleadings in response to Plaintiff's Complaint.

    **IT IS ORDERED:**

                                  /s/ David A. Katz
                                _____
                                **Judge David A. Katz**