IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF NORTHERN
VIRGINIA, INC.,

       Plaintiff,    Case No. 3:09 CV 2225

 -vs-

                 <u>CASE MANAGEMENT</u>
TIFFIN UNIVERSITY, INC.,       <u>CONFERENCE ORDER</u>

       Defendant.

KATZ, J.

   A case management conference was held in this case on November 30, 2009. A mediation is scheduled for February 1, 2010, at 11:00 a.m. *Ex parte* statements are due from each party on January 29, 2010.

   The Defendant is granted an extension until February 10, 2010, to file an answer.

   IT IS SO ORDERED.

                    S/ *David A. Katz*
                    DAVID A. KATZ
                    U. S. DISTRICT JUDGE