# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) ) | Case No. 3:09CV2225 |
| | ) | Judge David A. Katz |
| Plaintiff, | ) ) | **MOTION TO ADMIT PRO HAC VICE** |
| | ) | |
| -vs- | ) ) ) | Richard M. Kerger (0015864) Kimberly A. Conklin (0074726) Kerger & Hartman, LLC |
| Tiffin University, Inc. | ) ) | 33 S. Michigan St., Suite 100 Toledo, OH 43604 |
| Defendant. | ) ) ) ) ) ) ) ) ) | Telephone: (419) 255-5990 Fax: (419) 255-5997 Email: rkerger@kergerlaw.com kconklin@kergerlaw.com  *Counsel for Plaintiff* |

Plaintiff, University of Northern Virginia, Inc., pursuant to Rule 83.5(h) of the Local Rules for the United States District Court for the Northern District of Ohio, moves this Court for an Order admitting pro hac vice Shawn C. Whittaker. Plaintiff desires to have Mr. Whittaker represent it in this matter along with Richard M. Kerger and Kimberly A. Conklin of Kerger & Hartman, LLC. Mr. Whittaker is admitted to practice

law in the State of Virginia.  A Certificate of Good Standing for Mr. Whittaker is attached as Exhibit A.  Contact information for Mr. Whittaker is listed below.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 9, 2009 | /s/ Richard M. Kerger<br>Richard M. Kerger (0015864)<br>Kimberly A. Conklin (0074726)<br>Kerger & Hartman, LLC<br>33 S. Michigan St., Suite 100<br>Toledo, OH  43604<br>Telephone:  (419) 255-5990<br>Fax: (419) 255-5997<br>Email: rkerger@kergerlaw.com<br>         kconklin@kergerlaw.com |
|  | /s/ Shawn C. Whittaker<br>Shawn C. Whittaker<br>Whittaker & Associates, P.C.<br>1010 Rockville Pike, Suite 607<br>Rockville, MD 20852<br>Telephone: (301)838-4502<br>Fax: (301)838-4505<br>*Pro Hac Vice Pending*<br><br>*Counsel for Plaintiff*<br>  University of Northern Virginia, Inc. |

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/   Richard M. Kerger
Richard M. Kerger (0015864)
One of the Attorneys for Plaintiff