# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
}ss.
EASTERN DISTRICT OF VIRGINIA }

    I, Fernando Galindo, Clerk of the United States District Court, Eastern District of Virginia,

    DO HEREBY CERTIFY that SHAWN C. WHITTAKER, Bar # 44653, was duly admitted to practice in said Court on May 31, 2002, and is in good standing as a member of the bar of said Court.

Dated at Norfolk, Virginia        FERNANDO GALINDO
on October 6, 2009        Clerk

By _Tanya L. Levinson_
Tanya L. Levinson, Deputy Clerk

EXHIBIT 4