IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF NORTHERN
VIRGINIA, INC.,

                Plaintiff,                Case No. 3:09 CV 2225

     -vs-

                                         O  R  D  E  R

TIFFIN UNIVERSITY, INC.,

                Defendant.

KATZ, J.

This matter is before the Court on the Plaintiff's motion for admission of attorney Shawn C. Whittaker for admission *pro hac vice*.

Local Rule 83.5(h) states as follows:

> The Court's strong preference is that attorneys seek permanent admission to the Bar of this Court, however, any member in good standing of the Bar of any court of the United States or of the highest court of any state may, upon written or oral motion and payment of the pro hac vice admission fee (which is $100), be permitted to appear and participate in a particular case, or in a group of related cases.  An attorney must pay the pro hac vice admission fee each time he or she seek pro hac vice status.  A certificate of standing not older than 30 days from the aforementioned court(s) **or** an affidavit swearing to the applicant's current good standing must accompany the motion for admission pro hac vice along with a check for the pro hac vice admission fee payable to: Clerk, U.S. District Court.  In addition to showing proof of current good standing, any attorney moving for admission pro hac vice must contemporaneously provide his or her typewritten name, address, telephone number, facsimile number, e-mail address, highest court admitted, highest state court admission date, highest state court bar registration number, a statement, including specific details, indicating whether the attorney has ever been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

In this instance, the certificate of standing is older than 30 days and, therefore, not in compliance with the local rule.  Additionally, there is no statement addressing disbarment, suspension or reprimand as required by the local rule.  Finally, an email address for the attorney

seeking to be admitted must be provided as the Northern District of Ohio is a mandatory electronic district and requires attorneys to receive notices of filings and to file documents electronically, absent a showing of good cause. *See* Local Rule 5.1(c).

As Plaintiff has failed to meet the requirements of Local Rule 83.5, the motion for admission pro hac vice (Doc. No. 12) is denied without prejudice.

IT IS SO ORDERED.

    s/ *David A. Katz*
    DAVID A. KATZ
    U. S. DISTRICT JUDGE