# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) | Case No. 3:09CV2225 |
| | ) | |
| | ) | Judge David A. Katz |
| Plaintiff, | ) | |
| | ) | **MOTION FOR PRO HAC VICE** |
| | ) | **ADMISSION OF SHAWN C.** |
| -vs- | ) | **WHITTAKER** |
| | ) | |
| | ) | Richard M. Kerger (0015864) |
| Tiffin University, Inc. | ) | Kimberly A. Conklin (0074726) |
| | ) | Kerger & Hartman, LLC |
| Defendant. | ) | 33 S. Michigan St., Suite 100 |
| | ) | Toledo, OH 43604 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | kconklin@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Plaintiff* |
| | ) | |

The undersigned counsel respectfully moves this Court to permit Shawn C. Whittaker to practice in this Court and in this case as an additional counsel for Plaintiff, University of Northern Virginia, Inc. In support of this Motion, counsel states as follows:

1. The office address of Shawn C. Whittaker is Whittaker & Associates, P.C., 1010 Rockville Pike, Ste. 607, Rockville, Maryland 20852. His telephone number is: 301-838-4502 and fax number 301-838-4505. Mr. Whittaker's email address is shawn@whittaker-law.com.

2. The office address and bar number of the attorney licensed in practice in Ohio with whom Mr. Whittaker will be associated in this case is listed in the caption above.

3. Shawn C. Whittaker desires to be permitted to practice specifically in the United States District Court for the Northern District of Ohio, as additional counsel for plaintiff, University of Northern Virginia, Inc. in this matter.

4. Shawn C. Whittaker is a member in good standing of the State Bar of Virginia (Admitted October 14, 1999, Bar No. 44653), Maryland (Admitted December 16, 1999), the District of Columbia (Admitted October 10, 2000, Bar No. 268533), the United States District Court for the District of Maryland (Admitted February 5, 2001, Bar No. 14958), the United States District Court for the Eastern District of Virginia (Admitted May 31, 2002, Bar No. 44653), and the United States District Court for the District of Columbia (Admitted November 20, 2002).

5. A Certificate of Good Standing for Mr. Whittaker is attached as Exhibit A.

6. Shawn C. Whittaker has never been the subject of any disciplinary action by the Bar of any state or federal court whether for disbarment, suspension or reprimand.

7. Shawn C. Whittaker has never been denied admission to the court of any state or to any federal court.

8. Shawn C. Whittaker is familiar with the Federal Rules of Civil Procedures, the Local Rules of the Northern District of Ohio and the Code of Professional Responsibility and will at all times abide by and comply with those rules as counsel herein.

Respectfully submitted,

Dated:  January 8, 2010

/s/ Richard M. Kerger
Richard M. Kerger (0015864)
Kimberly A. Conklin (0074726)
Kerger & Hartman, LLC
33 S. Michigan St., Suite 100
Toledo, OH  43604
Telephone:  (419) 255-5990
Fax: (419) 255-5997
Email: rkerger@kergerlaw.com
            kconklin@kergerlaw.com

*Counsel for Plaintiff*
 University of Northern Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/   Richard M. Kerger
Richard M. Kerger (0015864)
One of the Attorneys for Plaintiff