IT IS SO ORDERED


/s/ David A. Katz
David A. Katz, Senior Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) ) | Case No.  3:09CV2225 |
| | ) | Judge David A. Katz |
| Plaintiff, | ) ) | |
| | ) ) ) | **MOTION FOR PRO HAC VICE ADMISSION OF SHAWN C. WHITTAKER** |
| -vs- | ) ) | |
| | ) ) | Richard M. Kerger (0015864) |
| Tiffin University, Inc. | ) ) | Kimberly A. Conklin (0074726) Kerger & Hartman, LLC |
| Defendant. | ) ) | 33 S. Michigan St., Suite 100 Toledo, OH  43604 |
| | ) ) ) ) | Telephone:  (419) 255-5990 Fax: (419) 255-5997 Email: rkerger@kergerlaw.com         kconklin@kergerlaw.com |
| | ) ) ) | *Counsel for Plaintiff* |

The undersigned counsel respectfully moves this Court to permit Shawn C. Whittaker to practice in this Court and in this case as an additional counsel for Plaintiff, University of Northern Virginia, Inc.  In support of this Motion, counsel states as follows:

1.      The office address of Shawn C. Whittaker is Whittaker & Associates, P.C., 1010 Rockville Pike, Ste. 607, Rockville, Maryland 20852.  His telephone number is: 301-838-4502 and fax number 301-838-4505.  Mr. Whittaker's email address is shawn@whittaker-law.com.