## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| University of Northern Virginia | ) Case No. 3:09CV2225 |
| | ) |
| Plaintiff, | ) Judge David A. Katz |
| | ) |
| | ) **NOTICE OF SERVICE** |
| v. | ) |
| | ) Richard M. Kerger (0015864) |
| | ) Kimberly A. Conklin (0074726) |
| Tiffin University, Inc. | ) Kerger & Hartman, LLC |
| | ) 33 S. Michigan St., Suite 100 |
| Defendant. | ) Toledo, OH 43604 |
| | ) Telephone: (419) 255-5990 |
| | ) Fax: (419) 255-5997 |
| | ) Email: rkerger@kergerlaw.com |
| | ) kconklin@kergerlaw.com |
| | ) |
| | ) Shawn C. Whittaker, Esq. |
| | ) Whittaker & Associates, P.C. |
| | ) 1010 Rockville Pike, Suite 607 |
| | ) Rockville, MD 20852 |
| | ) Telephone: (301)838-4502 |
| | ) Fax: (301)838-4505 |
| | ) |
| | ) *Counsel for Plaintiff* |

This is to certify that a copy of Plaintiffs First Set of Interrogatories to Defendant and First Set of Requests for Production of Documents to Defendant were emailed this 1st day of March, 2010 to:

David J. Claus (0070976), Esq.
Lange & DeVine Law Offices, LLC
174 S. Washington Street
Tiffin, Ohio 44883
Email:djc@bizwoh.rr.com

/s/ Kimberly A. Conklin _____

KERGER & HARTMAN, LLC
33 S. Michigan St., Suite 100
Toledo, Ohio 43604
Telephone: (419) 255-5990
Fax: (419) 255-5997