**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

University of Northern Virginia, Inc.
100221 Balls Ford Rd.
Manassas, VA 20109            Case No. 3:09-cv-02225-DAK

           Plaintiff,

v.

           Judge David A. Katz

Tiffin University, Inc.
155 Miami St.
Tiffin, Ohio 44993

           Defendant.

---

**CERTIFICATE OF SERVICE**

---

Defendant, Tiffin University, by and through undersigned counsel, hereby certifies that Answers to Plaintiff's First Set of Interrogatories were sent this 23rd day of June, 2010 via regular U.S. mail to Counsel for Plaintiff, Richard R. Kerger, Kerger & Hartman, 33 S. Michigan St., Suite 100, Toledo, Ohio 43604, and Shawn C. Whittaker, Whittaker & Associates, 1010 Rockville Pike, Suite 607, Rockville, MD 20852.

           Respectfully submitted,


           /s/David J. Claus_____
           David J. Claus (0070976), Esq.
           Lange & DeVine Law Offices, LLC
           174 S. Washington Street
           Tiffin, Ohio 44883
           Phone: (419) 448-9250;  Fax: (419) 448-9253
           Email:djc@bizwoh.rr.com
           Counsel for TU Tiffin University

## PROOF OF SERVICE

This is to certify that a copy of the foregoing has been sent via the Court's electronic filing system on this 25th day of June, 2010 to:

Richard R. Kerger, Esq.
Kerger & Hartman
33 South Michigan St., Suite 100
Toledo, Ohio 43604
Counsel for Plaintiff University of Northern Virginia, Inc.

And via regular U.S. mail to:

Shawn C. Whittaker, Esq.
Whittaker & Associates
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Counsel for Plaintiff University of Northern Virginia, Inc.


  /s/David J. Claus
David J. Claus (0070976)
Counsel for Tiffin University, Inc.