IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIFFIN UNIVERSITY, INC., <br><br> Defendant. | CASE NO. 3:09-CV-2225 <br><br> JUDGE DAVID A. KATZ <br><br> **NOTICE OF APPEARANCE** |

     Please take notice that Denise M. Hasbrook, Esq. and Emily Ciecka Wilcheck, Esq. of the law firm of Roetzel & Andress hereby give notice of their appearance as lead counsel for Defendant, Tiffin University, Inc., in the defense of the within case from this day forward. Attorney David J. Claus shall remain as counsel of record in this action.

     Respectfully submitted,

*/s/ Denise M. Hasbrook*
Denise M. Hasbrook (0004798)
Emily Ciecka Wilcheck (0077895)
Roetzel & Andress, LPA
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: 419.254.5243
Facsimile: 419.242.0316
E-mail: dhasbrook@ralaw.com
E-mail: ewilcheck@ralaw.com
*Counsel for Defendant,*
*Tiffin University*

147956 v_01 \ 123394.0001

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance has been served upon the following parties via the Court's electronic filing system, this 29th day of June, 2010:

Richard M. Kerger, Esq.
Kimberly A. Conklin, Esq.
Kerger & Hartman, LLC
33 S. Michigan Street, Suite 100
Toledo, OH 43604
*Counsel for Plaintiff,*
*University of Northern Virginia, Inc.*

Shawn C. Whittaker, Esq.
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, MD 20852
*Counsel for Plaintiff,*
*University of Northern Virginia, Inc.*

David J. Claus, Esq.
Lange, DeVine & Claus, LLC
174 South Washington Street
Tiffin, OH 44883
*Counsel for Tiffin University*

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Respectfully submitted,

*/s/ Denise M. Hasbrook*
Denise M. Hasbrook (0004798)
Emily Ciecka Wilcheck (0077895)
*Counsel for Tiffin University*

147956 v_01 \ 123394.0001