# Exhibit B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFIN UNIVERSITY, INC.,<br><br>Defendant. | CASE NO. 3:09-CV-2225<br><br>JUDGE DAVID A. KATZ<br><br>**AFFIDAVIT OF JIŘÍ BUCHVALDEK** |

COUNTRY OF THE CZECH REPUBLIC )
) ) SS:
)
CAPITAL CITY OF PRAGUE )

Now comes Jiří Buchvaldek, Advocate, of legal age and after having been duly sworn and states that the following is true:

1. I am admitted as a fully qualified Czech advocate by the Czech Bar Association and am the co-founder of the law firm of Hrubý & Buchvaldek, v.o.s. located in Prague, Czech Republic.

2. In my capacity as a fully qualified Czech advocate, I provide legal counsel both to Czech and foreign investors and businesses regarding business activities and investments in the Czech Republic. I have knowledge of the court system and legal remedies in the Czech Republic.

3. I have reviewed the claims made by University of Northern Virginia, Inc. ("UNVA") against Tiffin University in the Complaint filed in this case. The Czech Republic has a court system in which private entities such as the UNVA could bring a grievance and pursue remedies for alleged unlawful business activities arising from activities or conduct occurring in the Czech Republic like the Complaint filed in this case.

FURTHER AFFIANT SAITH NOT

Jiří Buchvaldek, Advocate

Sworn before me this 2nd day of July, 2010.



Signature of Advocate