# Exhibit C

THE HAGUE CONVENTIONS: SIGNATURES, RATIFICATIONS AND ACCESSIONS — status on: 8 April 2010

[Table: Hague Conference Members status chart listing conventions (Civil procedure, Sales of goods, Transfer of title, Sales - choice of court, National law vs law of domicile, Recognition of companies, Maintenance children (appl. law), Maintenance children (enf.), Protection of minors, Form of wills, Legalisation (Apostille), Adoption, Service abroad, Choice of court, Enforcement of judgments, Protocol on jurisdiction, Divorce - recognition, Traffic accidents, Taking of evidence, Administration of estates, Products liability, Maintenance - enforcement, Maintenance - applicable law, Matrimonial property, Marriage, Agency, Child abduction, Access to justice, Trusts, Sales contracts, Successions - applicable law, Adoption - co-operation, Protection of children, Protection of adults, Securities held with intermediaries, Choice of court agreements, Recovery of maintenance, Protocol on maintenance) against member states (Albania through Venezuela), indicating signature (S), ratification (R), accession (A), denunciation (D) status for each convention-country pair.]

Legend:
* These Conventions have not yet entered into force.
1 This Convention applies to the Hong Kong Special Administrative Region only; 2 This Convention applies to the Macao Special Administrative Region only.
A = accession (Convention in force) | R = ratification (Convention in force) | S = signature | D = denunciation
◼ In force in all Member States of the European Union | s = signature by the European Union | r = ratification by the European Union (but Convention not (yet) in force (for the relevant State))
A* = accession, but Convention not (yet) in force (for the relevant State) | R* = ratification, but Convention not (yet) in force (for the relevant State)
N.B. The date of entry into force of a Convention following a ratification or an accession may be later than the date of this chart. For more detailed information, please consult the Hague Conference website, at http://www.hcch.net


HCCH — Hague Conference on Private International Law / Conférence de La Haye de droit international privé

THE HAGUE CONVENTIONS: SIGNATURES, RATIFICATIONS AND ACCESSIONS status on: 8 April 2010

*[Chart of Hague Conventions status for non-member states, rotated 90 degrees. The table lists non-member states (Andorra, Antigua and Barbuda, Armenia, Azerbaijan, Bahamas, Barbados, Belize, Bolivia, Botswana, Brunei Darussalam, Burkina Faso, Burundi, Cambodia, Cape Verde, Colombia, Cook Islands, Costa Rica, Cuba, Dominica, Dominican Republic, El Salvador, Fiji, Grenada, Guatemala, Guinea, Holy See, Honduras, Kazakhstan, Kenya, Kuwait, Kyrgyzstan, Lebanon, Lesotho, Liberia, Liechtenstein, Madagascar, Malawi, Mali, Marshall Islands, Mauritius, Rep. of Moldova, Mongolia, Namibia, Nepal, Nicaragua, Niger, Niue, Pakistan, Philippines, St Kitts and Nevis, St Lucia, St Vincent & the Grenadines, Samoa, San Marino, Sao Tome and Principe, Seychelles, Singapore, Swaziland, Thailand, Togo, Tonga, Trinidad and Tobago, Turkmenistan, Uzbekistan, Vanuatu, Zimbabwe) against Hague Conventions (Civil procedure, Sales of goods, Transfer of title, Sales - choice of court, National law vs law of domicile, Recognition of companies, Maintenance children (appl. law), Maintenance children (enf.), Protection of minors, Form of wills, Legalisation (Apostille), Adoption, Service abroad, Choice of court, Enforcement of judgments, Protocol on jurisdiction, Divorce - recognition, Traffic accidents, Taking of evidence, Administration of estates, Products liability, Maintenance - enforcement, Maintenance - applicable law, Matrimonial property, Marriage, Agency, Child abduction, Access to justice, Trusts, Sales contracts, Successions - applicable law, Adoption - co-operation, Protection of children, Securities held with intermediaries, Choice of court agreements, Recovery of maintenance, Protocol on maintenance) with entries marked A (accession), R (ratification), S (signature), A* (accession, but Convention not yet in force), R* (ratification, but Convention not yet in force).]*

\* These Conventions have not yet entered into force.

A = accession | R = ratification | S = signature
A\* = accession, but Convention not (yet) in force (for the relevant State)
R\* = ratification, but Convention not (yet) in force (for the relevant State)

N.B. The date of entry into force of a Convention following a ratification or an accession may be later than the date of this chart. For more detailed information, please consult the Hague Conference website, at http://www.hcch.net.

HCCH
HAGUE CONFERENCE ON PRIVATE INTERNATIONAL LAW
CONFERENCE DE LA HAYE DE DROIT INTERNATIONAL PRIVÉ