# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) | Case No. 3:09CV2225 |
| | ) | Judge David A. Katz |
| Plaintiff, | ) ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **OPPOSITION TO MOTION TO DISMISS** |
| -vs- | ) | **FOR *FORUM NON CONVENIENS*** |
| | ) | |
| | ) | Richard M. Kerger (0015864) |
| Tiffin University, Inc. | ) | Kimberly A. Conklin (0074726) |
| | ) | Kerger & Hartman, LLC |
| Defendant. | ) | 33 S. Michigan St., Suite 100 |
| | ) | Toledo, OH 43604 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | kconklin@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Plaintiff* |
| | ) | |

Now comes plaintiff, by and through the undersigned counsel, and respectfully moves this Court to allow it to file its Opposition to Motion to Dismiss for *Forum Non Conveniens* no later than Monday, August 9, 2010. Misunderstanding on the part of the undersigned counsel has caused the need for this extension of time.

Respectfully submitted,


/s/ Richard M. Kerger
Richard M. Kerger (0015864)
Kimberly A. Conklin (0074726)
Kerger & Hartman, LLC
33 S. Michigan St., Suite 100
Toledo, OH  43604
Telephone:  (419) 255-5990
Fax: (419) 255-5997
Email: rkerger@kergerlaw.com
           kconklin@kergerlaw.com


*Counsel for Plaintiff*
 University of Northern Virginia, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/   Richard M. Kerger
Richard M. Kerger (0015864)
One of the Attorneys for Plaintiff