IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| University of Northern Virginia, Inc. | Case No. 3:09CV2225 |
| Plaintiff, | Judge David A. Katz |
| -vs- | **MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** |
| Tiffin University, Inc. | Richard M. Kerger (0015864) |
| Defendant. | Kimberly A. Conklin (0074726) |
| | Kerger & Hartman, LLC |
| | 33 S. Michigan St., Suite 100 |
| | Toledo, OH 43604 |
| | Telephone: (419) 255-5990 |
| | Fax: (419) 255-5997 |
| | Email: rkerger@kergerlaw.com |
| | kconklin@kergerlaw.com |
| | *Counsel for Plaintiff* |

Now comes plaintiff, by and through the undersigned counsel, and respectfully moves this Court to allow it to file its Opposition to Motion to Dismiss for *Forum Non Conveniens* no later than Monday, August 9, 2010. Misunderstanding on the part of the undersigned counsel has caused the need for this extension of time.