# EXHIBIT 1

Current Folder: **INBOX**                                    **Sign Out**

Compose  Addresses  Folders  Options  Search  Help          SquirrelMail

Message List | Delete          Previous | Next       Forward | Forward as Attachment | Reply | Reply All

**Subject:** My reasons for staying
   **From:** "Martin McGoldrick" <mmcgoldrick.admin@unva.cz>
   **Date:** Wed, July 29, 2009 15:15
      **To:** "Martin McGoldrick'" <mmcgoldrick.admin@unva.cz>
**Priority:** Normal
 **Options:** View Full Header | View Printable Version

Dear Students,

I think it is about time that I let you know about how I see my own future
shaping up. As many of you will know, I have decided to remain at
UNVA-Prague.
Perhaps this is a good time to give you some heads-up about my decision to
stay.

First and foremost, I really needed to feel confident about the future of
UNVA in Prague, and I wanted to know where I would fit into the future
plans for the university. Recently, I met face-to-face with the Chancellor
of the University and he gave me strong assurances about the strategic
vision for UNVA-Prague. I am delighted to tell you that there will be
substantial investment in the Prague campus. I am also pleased by the
commitments that have been made to me on a professional level.

I now feel that the people and processes in place at the main campus in
Virginia will set UNVA in good standing for the future. I have a high
level of confidence in the UNVA administrators in charge of the SACS
accreditation process and I have no doubt that we will see a successful
outcome in our dealings with SACS before the end of 2009.

On a personal level, I want to see the happy, student-centered, supportive
community continue at UNVA.

Good wishes,
Martin

Download this as a file

**Attachments:**

winmail.dat          11 k       [ application/ms-tnef ]                    Download

Current Folder: **INBOX**                                              **Sign Out**

Compose  Addresses  Folders  Options  Search  Help                    SquirrelMail

Message List | Delete          Previous | Next          Forward | Forward as Attachment | Reply | Reply All

**Subject:** My reasons for staying
**From:** "Martin McGoldrick" <mmcgoldrick.admin@unva.cz>
**Date:** Thu, July 30, 2009 17:59
**To:** "Martin McGoldrick" <mmcgoldrick.admin@unva.cz>
**Priority:** Normal
**Options:** View Full Header | View Printable Version


Dear MBA Students,

I think it is about time that I let you know about how I see my own future
shaping up. As many of you will know, I have decided to remain at
UNVA-Prague. Perhaps this is a good time to give you some heads-up about my
decision to stay.

First and foremost, I really needed to feel confident about the future of
UNVA in Prague, and I wanted to know where I would fit into the future plans
for the university. Recently, I met face-to-face with the Chancellor of the
University and he gave me strong assurances about the strategic vision for
UNVA-Prague. I am delighted to tell you that there will be substantial
investment in the Prague campus. I am also pleased by the commitments that
have been made to me on a professional level.

I now feel that the people and processes in place at the main campus in
Virginia will set UNVA in good standing for the future. I have a high level
of confidence in the UNVA administrators in charge of the SACS accreditation
process and I have no doubt that we will see a successful outcome in our
dealings with SACS before the end of 2009.

I am taking full control of academic advising and of course scheduling.
Should you have any questions about registering for classes please do not
hesitate to get in touch.

Good wishes,
Martin


Download this as a file


**Attachments:**

winmail.dat          **11** k          [ application/ms-tnef ]                    Download

quirrelMail                                    http://www.mail.abzone.cz/src/read_body.php?mailbox=INBOX&pas..

Current Folder: **INBOX**                                    **Sign Out**
Compose  Addresses  Folders  Options  Search  Help          SquirrelMail

Message List | Delete          Previous | Next          Forward | Forward as Attachment | Reply | Reply All

**Subject:** My reasons for staying
**From:** "Martin McGoldrick" <mmcgoldrick.admin@unva.cz>
**Date:** Thu, July 30, 2009 18:05
**To:** "Martin McGoldrick" <mmcgoldrick.admin@unva.cz>
**Priority:** Normal
**Options:** View Full Header |  View Printable Version

Dear Faculty,

I think it is about time that I let you know about how I see my own future
shaping up. As many of you will know, I have decided to remain at
UNVA-Prague. Perhaps this is a good time to give you some heads-up about my
decision to stay.

First and foremost, I really needed to feel confident about the future of
UNVA in Prague, and I wanted to know where I would fit into the future plans
for the university. Recently, I met face-to-face with the Chancellor of the
University and he gave me strong assurances about the strategic vision for
UNVA-Prague. I am delighted to tell you that there will be substantial
investment in the Prague campus. I am also pleased by the commitments that
have been made to me on a professional level.

I now feel that the people and processes in place at the main campus in
Virginia will set UNVA in good standing for the future. I have a high level
of confidence in the UNVA administrators in charge of the SACS accreditation
process and I have no doubt that we will see a successful outcome in our
dealings with SACS before the end of 2009.

For the time being, I will take charge of the academic programs. This means
that I will be your contact person at UNVA-Prague. It is my intention to be
in touch with you all very soon.

Good wishes to you all,
Martin


Download this as a file


**Attachments:**

winmail.dat          11 k          [ application/ms-tnef ]                    Download



Michelle Pillon <mdpillon@gmail.com>

# Confirmation
2 messages

---

**Michelle Pillon <mdpillon@gmail.com>**        Fri, Apr 24, 2009 at 3:03 PM
To: don.macnell@tiscall.cz, helenafelix@gmail.com, young.mitchell@gmail.com

Dear Don, Helena and Mitchell,

I confirm that I will move from my current employment to the new entity. I am in support of the new undertaking and am on-board with the plan.

Regards,

Michelle Pillon

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**        Fri, Apr 24, 2009 at 3:03 PM
To: mdpillon@gmail.com

This is an automatically generated Delivery Status Notification

Delivery to the following recipient failed permanently:

    don.macnell@tiscali.cz

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 5.1.1 <don.macnell@tiscali.cz>: Recipient address rejected: User unknown (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.210.25.200 with SMTP id q50mr152365wea.203.1240578215587; Fri
    24 Apr 2009 05:03:35 -0700 (PDT)
Date: Fri, 24 Apr 2009 15:03:35 +0200
Message-ID: <b81a14600904240603v4add8910u53f3af42a42d3e41@mail.gmail.com>
Subject: Confirmation
From: Michelle Pillon <mdpillon@gmail.com>
To: don.macnell@tiscali.cz, helenafelix@gmail.com, young.mitchell@gmail.com
Content-Type: multipart/alternative; boundary=0016e6de0029db3116046684c9f4a

--0016e6de0029db3116046684c9f4a
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
[Quoted text hidden]

----- Message truncated -----

VONVA0004



Michelle Pillon <mdpillon@gmail.com>

# FW: Business Plan TUP

1 message

**Gordon Pillon <gpillon@hotmail.com>**
To: "jeholmes@volny.cz" <jeholmes@volny.cz>, Michelle/Tiffin <mdpillon@gmail.com>

Sat, Jun 6, 2009 at 5:42 PM

Team Tiffin,
H and D would like us to look at this and come up with our own plan. H would like Jon's CV and I quote
"He is such a dear but I would like to know a bit more about him"
I am very interested in your first impressions.
G.

> Date: Sat, 6 Jun 2009 16:31:12 +0100
> Subject: Fwd: Business Plan TUP
> From: helenafelix@gmail.com
> To: gpillon@hotmail.com
>
> ---------- Forwarded message ----------
> From: Don machell <tiscali.cz>
> Date: 2009/6/6
> Subject: Business Plan TUP
> To: gpillon@gmail.com, jeholmes@volny.cz
> Cc: Helenafelix@gmail.com
>
>
> As discussed yesterday here is the business plan that was agreed as the basis
> for our financial support.
>
> It is a set of detailed sheets listing
> -Income by month and category
> -Expense by month and category
>
> which are then linked to produce
> -detailed Cash Flow by month
>
> which are summarised as a single  Profit & Loss schedule for the first five
> years.
>
> The assumptions made are noted at the appropriate cell on the relavent sheets.
>
> I would suggets that you save the original and then create another working
> copy.
> so that you don't lose any of the linkages. (I did the same hence mine is
> named working copy!)
>
> I would like you to take a look at it and give me your input on the nature
> of the
> assumptions used and the degree of risk that they would cause.
>
> If there are any problems I should be able to help.
>
> Regards
>
> Don
>
>
> Přehledný firemní katalog

UNVA0005

> http://firmy.tiscali.cz/
>
>
> v
> v
> >
> >
> >
> >
> _
>
> Helena Felix
> +44 7973 826 508 London
> +420 774 442 456 Prague

Insert movie times and more without leaving HotmailR. See how.

Tiffin 1y7working copy.xls
457K

UNVA0009

contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 554 554 delivery error: dd This user doesn't have a volny.com account (jeholmes@volny.com) [0] - mta121.biz.mail.mud.yahoo.com (state 18).

------ Original message ------

MIME-Version: 1.0
Received: by 10.204.112.205 with SMTP id x13mr2262070bkp.170.1244711404078;
    Thu, 11 Jun 2009 02:10:04 -0700 (PDT)
In-Reply-To: <4A2F9FF9.C867.00DF.0@tiffin.edu>
References: <b1a1a4600906050243m629ab8c2l655a50a2ce2f1172@mail.gmail.com>
    <4A2F9FF9.C867.00DF.0@tiffin.edu>
Date: Thu, 11 Jun 2009 11:10:04 +0200
Message-ID: <b1a1a4600906110210j2a316022ybe1418adb3bb9b2f@mail.gmail.com>
Subject: Fwd: TU in Prague
From: Michelle Pillon <mdpillon@gmail.com>
To: glillon@hotmail.com, jeholmes@volny.com
Content-Type: multipart/alternative; boundary=0016368e21cc1687eb046c0ef574

--0016368e21cc1687eb046c0ef574
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

We have a problem that needs to get resolved. I'm going to be calling Perry today.

Michelle

------ Forwarded message ------

------ Message truncated ------

---

Michelle Pillon <mdpillon@gmail.com>
To: Perry Haan <HaanPC@tiffin.edu>                                    Thu, Jun 11, 2009 at 11:14 AM

Perry,

Well, had my first shock of the day in reading your email - particularly the item regarding the inability to transfer of credits from UNVA after it lost it's accreditation. If you don't mind, I'll give you a call today to review the content of your email.

I appreciate your response and look forward to meeting and working with Tiffin's staff as our mutual students come on board.

Regards,

Michelle

[Quoted text hidden]

---

Michelle Pillon <mdpillon@gmail.com>
Draft To: young.mitchell@gmail.com                                    Thu, Jun 11, 2009 at 11:50 AM

Mitchell,

Please read Perry's email below. Needless to say, I am absolutely shocked that at this stage of the transition this news is coming to light. It was my understanding that Tiffin had agreed to accept for transfer UNVA credits acquired during the 18 months after the loss of UNVA's accreditation (i.e. through Fall 2009). And in addition, that they had approved the course by course translation plan we laid out for the MBA and BBA programs. I'm sure you realize that without this ability, that our project

—— Forwarded message ——
From: Perry Haan <HaanPC@tiffin.edu>
Date: Wed, Jun 10, 2009 at 5:58 PM
Subject: Re: TU in Prague
To: Michelle Pillon <mdpillon@gmail.com>

[Quoted text hidden]

---

**Perry Haan <HaanPC@tiffin.edu>**
To: Michelle Pillon <mdpillon@gmail.com>                                    **Thu, Jun 11, 2009 at 8:50 PM**

Hi Michelle,

You can breath again. :-)

The registrar agreed to allow the students who have taken classes since UNVA lost its accreditation to take TU created proficiency tests for those classes. We will need a list of the courses for which we will need to create tests.

Actually I don't know if this would work but I am going to be in Poland and Romania in July. Maybe I could make a trip to Prague to oversee the administration of the test to keep our accrediting types happy. I don't know if students are available to take the tests then (I"m guessing not?).

I can Skype anytime if it is easier than exchanging mails.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections, Real Results

>>> Michelle Pillon <mdpillon@gmail.com> 8/11/2009 6:14 am >>>
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Perry Haan <HaanPC@tiffin.edu>                                          **Fri, Jun 12, 2009 at 3:00 PM**

Perry,

Am breathing in shallow gasps still. Appreciate your help.

Logistics complications:

There would be 110 classes with an average of 18 students per class or 1,980 tests to be administered and marked.

How do you envision proceeding? The time to prepare the initial material for your registrar, schedule and administer the exams, mark them and document everything will be an enormously time consuming endeavor. Not to mention the cost associated with this undertaking as we would have to bear the total unplanned cost out of an operational start-up budget.

The testing would have to be done during the school term as the majority of our potential students will go home for the summer.

I'll give you a call about 9:00 your time to further talk about proceeding. While I understand the concern of your registrar and the need to ensure compliance with the accrediting agency, I'd like to continue to discuss options or revised options.

Regards,

Michelle

Michelle
[Quoted text hidden]

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections, Real Results

>>> Mitchel Young <young.mitchell@gmail.com> 6/16/2009 10:54 am >>>
Hi Perry, just back from my reunion, and here in Wilmington with access to
email again. Michelle sent me an email with some concerns about transfer
credits. I think she may have already spoken to you again about that, so
maybe by now all is solved. There is only one very serious problem, which is
that of transferring credits earned after UNVA lost accreditation. We spoke
about this in Bucharest, and you'd told me that it shouldn't be a problem to
make an exception for that. If Tiffin can't accept those credits, our whole
business plan will not work. Maybe we can speak by phone today. I'll be in
and out. My number here is 302-652-5231 or I can try you. Let me know what's
best.
Mitchell

Helena Felix
+44.7973 826 508 London
+420 774 442 456 Prague

Windows Live™: Keep your life in sync. Check it out!

UNVA00010



Michelle Pillon <mdpillon@gmail.com>

## transfer credits
3 messages

---

**Mitchell Young <young.mitchell@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>                     Wed, Jun 17, 2009 at 5:53 AM

Hi Michelle,
I exchanged a few emails with Perry, and he seems confident that there will be a way to transfer the credits from this year. He needs to discuss that with the registrar who is on holiday until next week. I've told him that we would prefer an administration based solution (we provide the details, etc.) rather than a student-based one (i.e. test or evaluation). I'll let you know if anything comes up before I'm back, but it seems that Perry wants to wait and discuss this with the registrar next week. How are things going there?
Mitchell

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Mitchell Young <young.mitchell@gmail.com>                Wed, Jun 17, 2009 at 12:37 PM

Okay - I hear now. Students are investigating multiple universities - Prague College and Anglo-American seem to be the choice for those who haven't applied here. UNYP is almost always refusing students because of the accreditation issue.

DHL called me on Monday and I meet with them on Tuesday. Petra is unhappy that she wasn't notified in advance and had to hear about the situation from her employees. She's calm for the moment but will probably revisit the issue again once she's talked with her management.

And many of the MBA students want to accelerate their students and bring everything into Fall 2009 so that they are eligible for the dual diploma. Thoughts?

Michelle
[Quoted text hidden]

---

**Mitchell Young <young.mitchell@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>                     Wed, Jun 17, 2009 at 4:23 PM

Thanks for the news. We'll figure things out when I'm back on Monday.
Mitchell
[Quoted text hidden]



Michelle Pillon <mdpillon@gmail.com>

# Greetings from Jersey!

9 messages

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>

Mon, Jun 22, 2009 at 5:06 PM

Hi Michelle,

Mitchell was so keen to talk today that he was in touch with my folks in Scotland. How is he taking the news from Don?

Good wishes,
Martin

**Michelle Pillon <mdpillon@gmail.com>**
To: Martin McGoldrick <martin.mcgoldrick@gmail.com>

Tue, Jun 23, 2009 at 12:32 PM

Very very badly. I am the scapegoat (and the new queen bitch :-) )and you are his new found best friend, colleague, buddy-pal - old faithful - together for 10 years, etc. etc.

It is extremely unpleasant at the moment. Not sure if I'll be here at the end of the day, let alone the end of the week.

Tamara and Jitka have resigned. They are getting alot of pressure from both of them.

Michelle

[Quoted text hidden]

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>

Tue, Jun 23, 2009 at 4:43 PM

Hi Michelle,
I expected as much. Sorry that you and the others are getting such heat. He cannot touch you so don't let things get to you. Good luck! I will see you on Thursday one way or another. My ferry crossing was changed (by the company, not me) so I don't get off the island until late afternoon tomorrow.
See you soon,
Martin

2009/6/23 Michelle Pillon <mdpillon@gmail.com>
[Quoted text hidden]

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>

Tue, Jun 23, 2009 at 5:18 PM

Hi Again!

I just sent this message off to Mitchell in an attempt to calm him a little. I will wait until my return to Prague before I speak with him, but I wished to lift some of the burden from your shoulders.

I haven't gone into much detail as you can see......

Hi Mitchell,

UNVA00012

I know what has happened back there, but I've no idea how it will play out. I have been trying to sort out MSN messenger from internet cafes but its pretty useless. I am staying with my brother, but I leave the island tomorrow to return to Prague. Due to bank security he doesn't have a landline (even my folks had to contact him at his office).

I know things are moving fast. Jon Holmes has given me full heads-up on an alternate plan. Seems that there is little confidence back there in Prague.

The students had their boatparty and we ALL came out of it looking bad. There was a lot of trouble and some 'truths' were uttered by our students as the alcohol was flowing. A lot of punches were thrown too!

I HAD THE CHANCE TO SPEAK WITH DON FOR THE FIRST TIME....and he said that he is moving ahead with a September start, using the existing company, and that things haven't flowed the way he expected.

Given that I have resigned and working my notice, I made sure that he understood that I'd like to have a job with his entity. I know that you will understand that I have to protect my family's future and make sure that I have an income from somewhere. I think the same is true for Michelle, she needs to secure a job too. This whole sorry mess was launched with the email from Tiffin which named you as the Prague contact. If that email had never been sent then there would probably not be any alternate plan floating around. Your 'friend' Vaclav seems to have mentioned too much to other students. I was confronted late last week by a number of female students who seemed to know more than I ever have. I also had a confrontation with one of our receptionists who was shooting his mouth off. I informed him that, as far as I knew, your intention was to steady the ship and that you had not signed any contract with any other entity. He was mouthing off that I was lying to him (and rather loudly. At the very end of last week matters became nasty. However, anytime that I heard Michelle speak to students on the matter she was quite calm and always covered your back.

I am also aware that at the end of last week Jitka and Tamara resigned. I think they have both had enough. They were never party to any future plans and seem disappointed with us all.

Late tomorrow I'll be back in France and I hope to be able to connect via T-Mobile. I may be driving and unable to speak as my intention is to return as quick as I can given the way things are moving.

Martin

I guess he will change his opinion of me now that he knows I am actively intending to side with the alternate plan. Truth is he left me no choice.........It is a simple case of family needs first!

Keep your head high!
Martin

2009/6/23 Martin McGoldrick <martin.mcgoldrick@gmail.com>
[quoted text hidden]

---

**Michelle Pillon <midpillon@gmail.com>**                          **Tue, Jun 23, 2009 at 8:59 PM**
To: Martin McGoldrick <martin.mcgoldrick@gmail.com>

Martin,

You are a godsend. Thanks for covering my back. It was extremely nasty today. Mitchell was unbelievably rude to me and descended to an extremely personal level.

I don't know how the situation will work itself out but we will see.

Thank you again.

INV00013



Michelle Pillon <mdpillon@gmail.com>

# Update from Prague
3 messages

---

**Michelle Pillon <mdpillon@gmail.com>**  Tue, Jun 23, 2009 at 12:38 PM
To: Perry Haan <haanpc@tiffin.edu>

Perry,

Mitchell did not take the news of a second bid well. I apologize if you or Laura were on the receiving end of anything unpleasant.

I have been let go of my remaining contract time effective today. As of tomorrow, I will be free to work on Tiffin full time.

And to top it all off, I dropped my external storage drive and lost all of my files. Thankfully, gmail retains copies so I at least have everything that I've sent out.

Regards,

Michelle

---

**Perry Haan <haanpc@tiffin.edu>**  Tue, Jun 23, 2009 at 2:42 PM
To: mdpillon@gmail.com
Cc: Laura Mays <MaysL@tiffin.edu>

Hi Michelle,

Laura and I have both received phone calls from Mitchell. As you imagine he is upset. Obviously Laura and I do not know all the details but hope this all works out.

I was thinking about a trip to Prague (from Bucahrest) July 20-22 to possibly meet with the new president, you and whoever else might be involved in all of this. Does that make sense?

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University. Real Connections. Real Results
>>> Michelle Pillon <mdpillon@gmail.com> 06/23/09 6:38 AM >>>
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**  Tue, Jun 23, 2009 at 8:26 PM
To: Perry Haan <haanpc@tiffin.edu>

Perry,

Thank you for your email. It is tough, to say the least, but we are working hard to ensure Tiffin's success on the market here. Response has been outstanding to date - already at 100 students.

I will need to confirm with you later this week regarding your visit to Prague. I do think that it would be

HNVA00014

highly beneficial to us but I am not sure what my obligations to UNVA entail. I will get back to you later.

Best regards,

Michelle

[Quoted text hidden]



Michelle Pillon <mdpillon@gmail.com>

# Some Questions
6 messages

---

**Laura Mays <maysl@tiffin.edu>**
To: mdpillon@gmail.com
Cc: Perry Haan <HaanPC@tiffin.edu>
Tue, Jun 23, 2009 at 5:12 PM

Dear Michelle, I am sorry I was not able to participate in your phone call with Perry. (I was watching the Cleveland Indians lose to the Chicago Cubs, so in retrospect . . . ) As you know, Mitchell has spoken with both Perry and me about his situation. He has not been unpleasant, but he has been very vocal about his sense of betrayal. I suppose this is a natural reaction.

I do have some questions. Since Mitchell was our primary contact person, you and I have not discussed some issues that will become important in a few months and others that are important to discuss now. For example, we do not know much about the investors in this project besides you. Do you have some information like bios or resumes to send us so we have a sense of the people we are dealing with and can answer questions posed to us here?

Mitchell has mentioned that many of the students were concerned because in the early days of our unofficial recruiting last month, they were told he would not be involved. This is when Mitchell was still a part of UNV and had not handed in his resignation. I know you told Perry you had approximately 100 students signed up for Tiffin, but do you think the fact Mitchell is not involved will have an impact on these numbers? I realize this may be a rather odd question to ask you, after all I suppose you would still be dealing with him if you believed this to be true. Nevertheless, do you have sense of how they are reacting? Also, I wasn't sure if the 100 students was a combination of BBA and MBA?

If you think it is important for me to join Perry in July, I am happy to do so – but you may or may not think a monetary outlay would be cost effective at this time. I only let you know that if it will be of use to you I am more than willing to come.

I think you are aware of the fact that we had spoken to Mitchell about having TU professors – including Perry and me – who will be teaching in Romania in October to come to Tirgu for a type of kick off ceremony. The dates are October 26 to 30 for recruitment based activities in our talks with Mitchell he had agreed to pay for our rooms for three nights and we would pick up our travel costs. I bring this up not because it is a burning issue at the moment, but because I want us to be on the same page from the beginning.

Thanks for your cooperation and attention to these details.
Laura

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Laura Mays <maysl@tiffin.edu>
Tue, Jun 23, 2009 at 8:54 PM

Laura,

Thank you for your email. And for the clarity of your concerns.

I understand that Mitchell has been quite vocal. Believe me, I know, as I have been on the receiving end

 **Gmail** by Google BETA

Michelle Pillon <mdpillon@gmail.com>

## One More Question
2 messages

---

**Laura Mays <maysl@tiffin.edu>**
To: mdpillon@gmail.com
Cc: Perry Haan <HaanPC@tiffin.edu>

Wed, Jun 24, 2009 at 12:39 AM

Dear Michelle:
I have one more question for you - one I also intend to put to Mitchell, so do not think I am doing an end run around him. Has Mitchell resigned from UNVA? I know he said he had planned to do so on Monday when he returned to Prague, but I am not sure what his status is now. You may not know either, but I am curious.
Laura

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Laura Mays <maysl@tiffin.edu>

Wed, Jun 24, 2009 at 7:55 PM

To my knowledge he has not. From all indications he is continuing to function as UNVA's president and managing director. Michelle

Sent from my iPhone

[Quoted text hidden]

UNVA00017



UNVA00014

**Perry Haan <HaanPC@tiffin.edu>**
To: Michelle Pillon <mdpillon@gmail.com>

Wed, Jun 17, 2009 at 7:32 PM

Hi Michelle,

These contacts you have now (including Laura Mays and mine) will probably work for now. The students' access to Ohio Link will come as a password that is on the ID card they will receive when formally accepted into the program.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections. Real Results

>>> Michelle Pillon <mdpillon@gmail.com> 6/15/2009 5:46 am >>>
[Quoted text hidden]

Tiffin University Contact List.docx
11K

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Perry Haan <HaanPC@tiffin.edu>

Fri, Jun 19, 2009 at 12:30 PM

Perry,

Could you add a short description of each position so that we know who we should go to under what circumstances? I know that over time this will work itself out but it might help early on to know who's who so that we don't cross boundaries.

Thanks so much.

Michelle

[Quoted text hidden]

---

**Perry Haan <haanpc@tiffin.edu>**
To: mdpillon@gmail.com

Fri, Jun 19, 2009 at 8:50 PM

Hi Michelle,

Good talking to you today. Good luck in making those difficult decisions about how you want to go forward. Here is some more info on those contacts.

Alice Nichols (ANichols@tiffin.edu), Registrar–In most cases I would suggest contacting Laura or me first. Once in a while you may want to contact Alice directly but she is relying on Laura and me to help her with information dealing with our European partners. She does have the final decision authority regarding transfer issues.

Scott Saracusa (SaracusaSW@tiffin.edu), Admissions, Foreign Programs–Scott is the person to whom applications (both MBA and BBA) will go initially. If he has questions he may contact you or is more likely to contact me. We are working on a system where students will be able to apply online. That application would go both to you and us. This hopefully will streamline that process.

Kristi Krintzline (KrintzlineKA@tiffin.edu), Graduate Admissions Director—Kristi is Scott's boss. She may occasionally get involved in an admissions decision. Feel free to contact her for ideas about recruiting students into the MBA program. She is more than willing to help if she can.

All of these people are helpful and easy to get along with. All of them have a somewhat limited knowledge about what we are doing outside the US which is why I suggested most of the time you will probably want to contact Laura or me first. Hope this helps.

[Quoted text hidden]



Michelle Pillon <mdpillon@gmail.com>

# Inquiry on acceptance of Disability Payment
2 messages

**Michelle Pillon <mdpillon@gmail.com>**                    **Thu, Jun 18, 2009 at 3:04 PM**
To: Laura Mays <maysl@tiffin.edu>

Laura,

I have a student who is interested in applying for Tiffin's MBA program here. He is eligible for full disability from the State of California which through the Department of Rehabilitation would pay his tuition. Is it possible to arrange this through the main campus? If so, is there a contact that you can give me.

Regards,

Michelle

---

**Laura Mays <maysl@tiffin.edu>**                    **Thu, Jun 18, 2009 at 3:12 PM**
To: mdpillon@gmail.com

Michelle,
I will find out who you should ask about this
Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/18/09 9:04 AM >>>
[Quoted text hidden]

UNIVA00021

Gmail - FW: transfer credits



Michelle Pillon <mdpillon@gmail.com>

## FW: transfer credits

1 message

Thu, Jun 18, 2009 at 8:18 AM

Gordon Pillon <gjillon@hotmail.com>
To: Michelle/Tiffin <mdpillon@gmail.com>

Hey,
I think you already have this, just wanted to be sure. H sent it to me last night.
G

Date: Wed, 17 Jun 2009 19:24:36 +0100
Subject: Fwd: transfer credits
From: helenafelix@gmail.com
To: gjillon@hotmail.com

FYI

---------- Forwarded message ----------
From: Mitchell Young <young.mitchell@gmail.com>
Date: 2009/6/17
Subject: Fwd: transfer credits
To: Helena Felix <heleniafelix@gmail.com>

Hi Helena,
I received the email below from Perry at Tiffin. He seems confident that they will be able to accept the past year's credits, but needs to speak with the registrar there next week about exactly how that will be done. I've written him with some further suggestions, and will keep you informed of our conversations. I think we'll find a solution that everyone is happy with. If you'd like to talk more about anything, let me know. Otherwise, I'll call you on Sunday.

Mitchell

---------- Forwarded message ----------
From: Perry Haan <phaan7@tiffin.edu>
Date: Tue, Jun 16, 2009 at 2:00 PM
Subject: Re: transfer credits
To: Mitchell Young <young.mitchell@gmail.com>

Hi Mitchell,

I didn't mean to give Michelle a heart attack. It appears there will be a way to accept those credits.

The question is how we are going to do to keep the accreditation groups here away. Michelle proposed some sort of description written by the faculty member for each of the courses affirming that each student in each class who passed has learned what they were supposed to etc. Our registrar is on vacation this week so I will need to wait until next week to check with her on this.

We originally proposed some sort of test for each of the students for each class but Michelle suggested the logistics of that did not seem very practical.

Another option might be to have each student write one Credit for Prior Learning Portfolio that would discuss all the things the student learned in each of the classes completed.

I'll let you know when I discuss early next week with the registrar. Enjoy the rest of your trip.

Perry.

UNIV00022



Michelle Pillon <mdpillon@gmail.com>

# Fwd: MBA transfer
1 message

Mitchell Young <young.mitchell@gmail.com>
To: Michelle Pillon <mdpillon@gmail.com>

Fri, Apr 24, 2009 at 3:21 PM

---------- Forwarded message ----------
From: Mitchell Young <young.mitchell@gmail.com>
Date: Mon, Apr 20, 2009 at 12:32 PM
Subject: MBA transfer
To: Laura Mays <MaysL@tiffin.edu>, Perry Haan <HaanPC@tiffin.edu>

Dear Laura and Perry,

I just wanted to check in quickly to see if you have any update on things from your end. I also wanted to send you our ideas on a transfer plan for the MBA.

If I understand correctly, transfer credit for the MBA are limited to one-third of the program (12 credits). I've used that as our basic assumption for this outline; however, if it were possible to increase that number, there would be more students interested in transferring. With the one-third limitation, it will likely only be those students in the cohorts that started in January or April. If a student could transfer a few more credits, we might get the October cohort to transfer as well.

One slightly tricky issue is that the students would be transferring 3 credit courses into a 2 credit system. What we would propose is to bundle together 2 UNVA courses (6 credits) with 3 Tiffin courses (6 credits). In consultation with Martin and Michelle, we have found 2 such bundles, which would cover the 12 transfer credits. These are as follows:

**Finance/Accounting bundle:**
UNVA: 1) ACTG500 Financial Accounting Analysis + 2) FINA500 Money, Banking and Financial Markets
Tiffin: 1) ACC610 Financial Accounting + 2) ACC612 Managerial Accounting + 3) FIN612 Managerial Finance

**Managment bundle:**
UNVA: 1) BMGT500 Priciples of Managment + 2) COMM500 Mangment Communication
Tiffin: 1) MGT511 Individual (Leadership?) and Teamwork + 2) MGT531 Leadership & Influence +3) MGT621 Organizational Analysis & Design

If a student could transfer those two bundles, that would be ideal for most of them. There are other courses which match up nicely, but don't seem to bundle together. In case a student wanted to transfer these other courses I guess it would need to be on a 3-credits for 2-credits model. Here's how they match up.

**Tiffin Course = UNVA course**
FIN612 Managerial Economics = ECON510 Managerial Economics
CIT514 Information and Decision Support = IMSC500 Information Systems Technology
MAT513 Statistical Methods for Managers = STAT600 Statistics for Managers
MGT623 Legal and Ethical Issues in Management = BMGT Legal Environment for Business

Beyond that there are further courses in our specializations that match up, but those would be taken later in the program by which point it would probably be too late for a student to transfer.

Please let me know if you have any questions, or need syllabi for the courses, etc. Looking forward to hearing from you.

UNVA00023

Best wishes,
Mitchell

UNVA00024



Michelle Pillon <mdpillon@gmail.com>

## Contract/Tuition Refunds
2 messages

**Michelle Pillon <mdpillon@gmail.com>**                    Mon, Apr 6, 2009 at 12:36 PM
To: young.mitchell@gmail.com

Mitchell,

We have some students paying for ten courses in advance so that they get the 2% discount. Contracts
state that tuition paid in advance is non-refundable if a student withdraws from the program.

What would you like to do about this?

Michelle

**Mitchell Young <young.mitchell@gmail.com>**                Mon, Apr 6, 2009 at 3:34 PM
To: Michelle Pillon <mdpillon@gmail.com>

Let me think a bit and we can talk by phone tomorrow. They want to pay the 10 classes starting spring
quadmester.
[Quoted text hidden]

UNVA00025



Michelle Pillon <mdpillon@gmail.com>

# Course by course equivalence

1 message

**Michelle Pillon <mdpillon@gmail.com>**
To: Perry Haan <haanpc@tiffin.edu>

Fri, Jun 19, 2009 at 12:06 PM

Perry,

I've attached Revision B of the original course by course equivalence table Mitchell provided to you. It has been updated to reflect the variety of electives courses UNVA students were able to take during their studies. I've attempted to match them based on Tiffin's catalog course descriptions.

I also restructured it slightly to conform to the general BBA management/international business credit requirements (i.e. 8 electives) that I assume can be taken from within any subject area of study.

I've also attached UNVA's course descriptions. I believe that Mitchell has already indicated that there may be a stretch in the liberal arts area, however, we wanted to ensure that UNVA students were able to transfer liberal art courses across.

Please let me know if I can provide you with any additional information.

Regards,

Michelle

---

2 attachments

📊 **Revised Course Translation Plan.xls**
56K

📄 **Microsoft Word - Prospectus - 2008 - 2009 - Revision B.pdf**
249K

UNVA00026



Michelle Pillon <mdpillon@gmail.com>

# Schedules for Editing
1 message

Michelle Pillon <mdpillon@gmail.com>                    Fri, May 22, 2009 at 11:47 AM
To: young.mitchell@gmail.com

Draft version of schedules - will need to find a way to keep the 4 year schedule to one page.

2 attachments

☐ 4-Year Schedule - Handout.docx
19K

☐ 3-Year Schedule - Handout.docx
17K

UNVA00027

Following is the course schedule you need to follow to earn your Bachelor's of Science in Business Administration diploma in four (4) years.

## YEAR 1

| Fall<br>*3 courses* | Winter<br>*3 courses* | Spring<br>*5 courses* |
|---|---|---|
| ENG140 Introduction to Writing | ART102 Design | PHI110 The Art of Reasoning (*ENG141*) |
| MAT181 College Algebra (*MAT173 minimum C or placement*) | ENG141 Expository & Research Writing (*ENG140 minimum C*) | HIS137 Civilizations of the World (*ENG141*) |
| CIT105 Introduction to IT and PC Applications | PSY101 Introduction to Psychology | COM130 Intro to Speech Communication (*ENG141*) |

## YEAR 2

| Fall<br>*4 courses* | Winter<br>*4 courses* | Spring<br>*3 courses* |
|---|---|---|
| MKT151 Introductory Marketing | ECO222 Principles of Microeconomics | ACC228 Managerial Accounting (*ACC201*) |
| MGT351 Managing Diversity in the Workplace (*MGT201*) | ACC201 Survey of the Accounting Process (*MAT181*) | ECO201 Principles of Macroeconomics (*ECO222*) |
| IT215 Environmental Science | LAW211 Business Law I | CUL210 Comparative Cultures (*ENG141*) |
| ENG290 Business Writing (*ENG141 minimum C*) | MAT273 Applied Statistics (*CIT105 and MAT181*) | LAW211 Business Law I |

## YEAR 3

| Fall<br>*4 courses* | Winter<br>*4 courses* | Spring<br>*3 courses* |
|---|---|---|
| POL391 Comparative Political Systems | TBD EU Institutions and Policies | TBD Cultures of Europe |
| MGT351 Managing Diversity in the Workplace (*MGT201*) | MGT301 Organizational Behavior (*MGT201*) | Choose 2 of the following electives:<br>MKT252 Buyer Behavior (*MKT151*)<br>MGT359 Small Business Management (*MGT201*) |
| CIT313 Information Systems for Managers (*CIT105 and MGT201*) | FIN301 Business Finance (*ACC201/202 and ECO201/222*) | MGT317 Human Resource Management (*MGT301*) |
| IT306 Business Ethics (*ENG142 and HI101*) | Choose 1 of the following electives:<br>COM212 Introduction to Public Relations<br>MGT221 Supply Chain Management (*MGT201, MAT273*) | |

## YEAR 4

| Fall<br>*3 courses* | Winter<br>*3 courses* | Spring<br>*3 courses* |
|---|---|---|
| MGT411 International Management (*MGT301*) | TBD Senior Thesis | MGT495 Organizational Strategy (*FIN301 and at least 96 or more credits*) |
| TBD Research Methods in Business | ECO424 Global Trade (*ECO422*) | FIN426 International Finance (*FIN301*) |
| MKT404 Global Marketing (*MKT151, MKT353*) | Choose 1 of the following electives:<br>MKT354 Personal Selling (*MKT151*)<br>MGT404 Organizational Theory (*MGT301*)<br>IT Project Management00028 | Choose 1 of the following electives:<br>COM441 Organizational Communication and Conflict Resolution (*COM130*)<br>FIN421 Investments (*FIN301*)<br>MGT490 Special Topics in Management |

Revision A, June 2009

...saying is the course schedule you need to follow to earn your Bachelor's of Science in Business Administration diploma in three (3) years.

## YEAR 1

### Fall
*4 courses*

ENG140 Introduction to Writing

MAT181 College Algebra *(MAT173 minimum C or placement)*

CIT105 Introduction to IT and PC Applications

NAT215 Environmental Science

### Winter
*4 courses*

ENG141 Expository & Research Writing *(ENG140 minimum C)*

ART102 Design

PSY101 Introduction to Psychology

MAT273 Applied Statistics *(CIT105 and MAT181)*

### Spring
*5 courses*

COM130 Intro to Speech Communication *(ENG141)*

HIS137 Civilizations of the World *(ENG141)*

PHI110 The Art of Reasoning *(ENG141)*

CUL210 Comparative Cultures *(ENG141)*

MGT201 Management of Organizations *(ENG141)*

## YEAR 2

### Fall
*5 courses*

ENG290 Business Writing *(ENG141 minimum C)*

MGT351 Managing Diversity in the Workplace *(MGT201)*

PHI306 Business Ethics *(PHI110)*

POL391 Comparative Political Systems

MKT151 Introductory Marketing

### Winter
*5 courses*

ECO222 Principles of Microeconomics

LAW211 Business Law I

ACC201 Survey of the Accounting Process *(MAT181)*

MGT301 Organizational Behavior *(MGT201)*

TBD EU Institutions and Policies

### Spring
*5 courses*

ACC228 Managerial Accounting *(ACC201)*

ECO221 Principles of Macroeconomics *(ECO222)*

TBD Cultures of Europe

Choose 2 of the following electives:

MGT359 Small Business Management *(MGT201)*
MKT252 Buyer Behavior *(MKT151)*
MGT390 Special Topics in Management

## YEAR 3

### Fall
*4 courses*

MGT411 International Management *(MGT301)*

CIT312 Information Systems for Managers *(CIT105 and MGT201)*

TBD Research Methods for Business

MKT404 Global Marketing *(MKT151 and MKT333)*

### Winter
*4 courses*

TBD Senior Thesis

FIN301 Business Finance *(ACC201/202 and ECO221/222)*

ECO424 Global Trade

Choose 1 of the following electives:

COM212 Introduction to Public Relations
MGT221 Supply Chain Management *(MGT201, MAT273)*
MGT404 Organizational Theory *(MGT301)*

### Spring
*4 courses*

FINA426 International Finance *(FIN301)*

MGT495 Organizational Strategy *(FIN301 and at least 36 credit credit)*

Choose 2 of the following electives:

COMM441 Organizational Communication and Conflict Resolution *(COM130)*
FINA421 Investments *(FIN301)*
MGT317 Human Resource Management *(MGT301)*
MKT354 Personal Selling *(MKT151)*
TBD Project Management

UNVA00029

Revision A, June 2009



Michelle Pillon <mdpillon@gmail.com>

## File to be printed
1 message

Michelle Pillon <mdpillon@gmail.com>                    Mon, Apr 27, 2009 at 11:17 AM
To: young.mitchell@gmail.com

Mitchell,

Can you print this for me?

Michelle

Tiffin Transition Plan for subjects.xlsx
22K

UNIV/A00030



Michelle Pillon <mdpillon@gmail.com>

# List of Instructors
1 message

Michelle Pillon <mdpillon@gmail.com>
To: young.mitchell@gmail.com

Thu, Apr 30, 2009 at 2:20 PM

Mitchell:

Here's a list of potential instructors. Only 3 meet the minimum qualification of a terminal degree from a US university.

Michelle

Professors for TU.docx
12K



Michelle Pillon <mdpillon@gmail.com>

# Courses
1 message

Michelle Pillon <mdpillon@gmail.com>
To: young.mitchell@gmail.com

Wed, Apr 1, 2009 at 5:55 PM

3 attachments

Tiffen Transition Plan for subjects.xlsx
21K

Tiffen Degree Requirements.xls
33K

Degree Requirements for BSBA - New Program.xls
36K

UNVA00032



Michelle Pillon <mdpillon@gmail.com>

## Absence due to Illness
1 message

**Michelle Pillon <mdpillon@gmail.com>**　　　　　　　　　　　　Thu, Jun 25, 2009 at 10:51 AM
To: myoung.admin@unva.cz
Cc: jiri.buchvaldek@hblaw.eu

Mitchell,

I attempted on two separate occasions to notify you yesterday, Wednesday, June 24th, that I was ill. While you were in the office, you were not available.

As has been standard practice at the university during my two years of employment, I notified a colleague, in this case, Jitka Ticha, that I was going home ill. I left the university at approximately 2:00 p.m.

Today, I continue to feel unwell. I have an appointment later today to see my doctor. I will, of course, inform you of the results of my visit.

Given the personal situation between you and I, on the advice of my lawyer, I have copied him on this email.

Michelle



Michelle Pillon <mdpillon@gmail.com>

# Today's meeting posted on Facebook
1 message

Taml <tamara.curcic@gmail.com>       Thu, Jun 25, 2009 at 7:13 AM
To: mdpillon@gmail.com, gillon@hotmail.com, lprosserova <prosserova.tiffin@gmail.com>

UNVA EXPLAINING SESSION
Because there was enough of rumors...
Host UNVA PRAGUE
Type: Causes - Rally
Network Global
Date: Thursday, June 25, 2009
Time: 1:00pm - 2:00pm
Location: UNVA PRAGUE CAMPUS
Description
Guys, all of you could noticed that current situation at UNVA is not sustainable and doesn't allow us to
sleep well. That's is why I made decision a based of Norman's email I called him to find out more about
Tiffin and UNVA. Based on this I had a 7 hour lasting meeting with Mitchell where we concluded there is
necessary to talk to US students in order to understand what happened and what are recommended
steps. Please, all UNVA students COME TO THIS SESSION. THIS SESSION WAS PROVOKED BY
ME IN ORDER TO GLUE BACK UNVA FAMILY. THANK YOU AND SEE YOU THERE kind regards
Radek.


One thing Radek forgot to mention is that he spent 7 hours with Mitchell and Katerina by calling his lawyer
and talking to their lawyer and making plans how to destroy people's lives and careers. Pathetic little
bastard.

Tamara

UNVA00034



Michelle Pillon <mdpillon@gmail.com>

## Other oars in the muddy water
3 messages

---

**Benison Beggars <BeggarsBenison@seznam.cz>**                 Wed, Jun 24, 2009 at 9:21 AM
To: Michelle Pillon <mdpillon@gmail.com>

Hi Michelle,
this was forwarded to me this morning. if you havent seen it I guess you should. Smile....
CSC

> Datum: 23.06.2009 19:58
> Predmet: New university
>
I must apologize to you all.  I gave you bad information concerning the new university.  I got bad
information from people I believed I could trust  Michelle and Gordon started signing up students while
Mitchel was out of town.  They did this illegally and without authority.  The new university will not legally
exist in the Czech Republic until the middle of August.

Right now the future of the new university is in question. We do not know if it will exist, who will be
managing it and under what conditions it will operate.  I certainly will not be working there. I will never
again be associated with either Michele or Gordon.  UNDER NO CONDITIONS PAY ANY MONEY,
FEES OR TUITION until the situation is clear.

I am sorry,  Norman

---

**Michelle Pillon <mdpillon@gmail.com>**                 Wed, Jun 24, 2009 at 7:52 PM
To: Benison Beggars <BeggarsBenison@seznam.cz>

Thank you. Yes, I know about the email. Norman was used to do someone else's business. Sad really.
Things continue to disintegrate. I have been publicly harassed, threaten and humiliated. Called horrible
names and insulted. Not a pleasant time. I am sure it is all on facebook. Keep your head low.

Sent from my iPhone
[quoted text hidden]

---

**Benison Beggars <BeggarsBenison@seznam.cz>**                 Wed, Jun 24, 2009 at 9:37 PM
To: Michelle Pillon <mdpillon@gmail.com>

Dear Michelle,
I dont have Facebook, but hey, I have no desire to keep my head lower than...normal..besides...I need
some information form you. I have spoken to FRUK about doing part time. They have agreed to allow
me but I need to know obviously when I should arrange this item and whether I should do so?
I wouldnt worry about the voices calling you names....these never fulfeten..but then again, they never
say anything new either :)
Regards,
CSC

---
―――― Původní zpráva ――――
Od: Michelle Pillon <mdpillon@gmail.com>
Předmět: Re: Other oars in the muddy water
Datum: 24.6.2009 19:54:33
―――――――――――――――

[Quoted text hidden]

return after June 29. Thanks for providing the thumbnail sketch of the investors.

Your plan to visit us in Tiffin is good news, and I am sure we can easily plan for this event.

Please know that Perry will be traveling to Prague on "our dime," so to speak. The reason I mentioned evaluating the cost-effectiveness of my potential visit is that it is not in our budget. I really think that my visit is not necessary especially if your team is planning a visit to us in the near future. I just wanted to be sure you knew that I was willing to come, and still am if it is of any value added benefit to you.

Is the new president one of the investors, Don McNeil? I think his is the name Perry gave me — Mitchell gave me a different name.

Please let me know if I can clarify any other issues for you.

Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/23/09 2:54 PM >>>
[Quoted text hidden]

toAgain, it is unfortunate at this stage of the game that much is in
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Laura Mays <mays@tiffin.edu>                              **Wed, Jun 24, 2009 at 7:13 PM**

Laura,

Thank you for your email. Let's touch based again next week and see if a skype call would be needed.

Don MacNeil will not be the president. Since Don and Helena, as primary investors (I'm just a "little" one), have not yet made a final decision, it would be premature at this stage to discuss who the individual might be.

I understand the operational budget issue as we also did not anticipate the need for an additional visit to Prague, however, the visit to Tiffin is included in the plan. And is looked forwarded to with great pleasure.

Things are still in quite a turmoil here. The vocalness of Mitchell and his wife continue to escalate making things very unpleasant. As I am not sure to the degree that this vocalness might take, please don't hesitate to contact me if I can be of any assistance or clarify any additional concerns.

May I give you Skype details to Helena and Don? They wish to establish communication with you and to reassure you of their commitment to this undertaking.

With sincerest regards,

Michelle
[Quoted text hidden]

---

**Laura Mays <mays@tiffin.edu>**
To: mdpillon@gmail.com                                        **Wed, Jun 24, 2009 at 7:33 PM**

Of course, Michelle. For Skype it is: Dr. Laura Mays. I'll look forward to being in touch again next week. But please do not hesitate to email me if you have any questions or concerns or information I think I told you that Perry and I will be in San Antonio tomorrow through Monday at a conference of our accrediting agency. Representatives from the European Council of Business Education will also be attending — I think you know that this is the European accrediting agency that put us in touch with all of you in the first place.

Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/24/09, 1:13 PM >>>

[Quoted text hidden]
> I will be happy to provide> And would be most happy to arrange a Skype call with Helena, Perry and
[Quoted text hidden]
> > true. Nevertheless, do you have sense of ho> > If you think it is important for me to join Perry in July, I am
[Quoted text hidden]

UNVA00037

Michelle

On Tue, Jun 23, 2009 at 4:43 PM, Martin McGoldrick <martin.mcgoldrick@gmail.com> wrote:
Hi Michelle,
I expected as much. Sorry that you and the others are getting such heat. He cannot touch you so don't
let things get to you. Good luck, I will see you on Thursday one way or another. My ferry crossing was
changed (by the company not me) so I don't get off the island until late afternoon tomorrow.
See you soon,
Martin

2009/6/23 Michelle Pillon <mdpillon@gmail.com>

Very, very badly. I am the scapegoat (and the new queen bitch :-) )and you are his new found best
friend, colleague, buddy, pal - old faithful - together for 10 years, etc. etc.

It is extremely unpleasant at the moment. Not sure if I'll be here at the end of the day, let alone the
end of the week.

Tamara and Jitka have resigned. They are getting alot of pressure from both of them.

Michelle

On Mon, Jun 22, 2009 at 6:08 PM, Martin McGoldrick <martin.mcgoldrick@gmail.com> wrote:
Hi Michelle,
Mitchell was so keen to talk today that he was in touch with my folks in Scotland. How is he taking
the news from Don?

Good wishes,
Martin

---

Michelle Pillon <mdpillon@gmail.com>                    Wed, Jun 24, 2009 at 4:51 PM
To: helenafelix@gmail.com

[Quoted text hidden]

---

Michelle Pillon <mdpillon@gmail.com>                    Wed, Jun 24, 2009 at 4:51 PM
To: Jon Holmes <jeholmes@volny.cz>,
Cc: Gordon Pillon <gpillon@hotmail.com>

---------- Forwarded message ----------
From: Michelle Pillon <mdpillon@gmail.com>
Date: Tue, Jun 23, 2009 at 8:59 PM
Subject: Re: Greetings from Jersey!

[Quoted text hidden]

---

Michelle Pillon <mdpillon@gmail.com>                    Wed, Jun 24, 2009 at 4:54 PM
To: helenafelix@gmail.com, Jon Holmes <jeholmes@volny.cz>, Gordon Pillon <gpillon@hotmail.com>

Sorry, this is the full exchange.
(Gordon for Michelle)

[Quoted text hidden]

**Michelle Pillon <mdpillon@gmail.com>**                    **Wed, Jun 24, 2009 at 4:55 PM**
To: helenafelix@gmail.com, Jon Holmes <jeholmes@volny.cz>, Gordon Pillon <gjillon@hotmail.com>

Now I have it...long day

---------- Forwarded message ----------
From: Martin McGoldrick <martin.mcgoldrick@gmail.com>
Date: Tue, Jun 23, 2009 at 5:18 PM
Subject: Re: Greetings from Jersey!
[Quoted text hidden]

 BETA

Michelle Pillon <mdpillon@gmail.com>

# tiffin graphics
1 message

**Viliam Pangrac <pagelkon@aim.com>**
To: mdpillon@gmail.com

Tue, Jun 23, 2009 at 9:34 AM

Good morning Michelle,

I told to Katerina so I know, the situation with Tiffin project is slightly different, as you presented to me last week.

From that reason, as author of the website, letterhead and business card design proposals, I don't allow you to use it, or publish anyhow.
I believe you respect copyright act.
Please, put it into trash.

I would be thankfull for ANY feedback
Regards

Viliam Pangrac
graphic designer

UNVA00040



Michelle Pillon <mdpillon@gmail.com>

# TU Contact People

5 messages

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Perry Haan <haanpc@tiffin.edu>

**Mon, Jun 15, 2009 at 11:46 AM**

Perry,

Wanted to thank you for the names. Just to be sure I contact the right person for the right reason, can you give me an idea of what areas each of them is responsible for and under what circumstances/conditions I or other TU-Prague staff should contact them. Could you also include yourself and Laura in this list?

Alice Nichols (ANichols@tiffin.edu), Registrar
Kristi Krinzline (KrinzlineKA@tiffin.edu), Graduate Admissions Director
Scott Saracusa (SaracusaSW@tiffin.edu), Admissions, Foreign Programs

Also, can I get a contact for your librarian? Mitchell had said that our students would be able to access TU's online libraries and research databases. Would like to get our librarian in touch with yours to start a dialogue.

And another person if you can - who is responsible for ordering textbooks for TU? Is it possible to piggyback onto TU's contract with textbook publishers? Does TU purchase hard copies or is TU moving toward electronic textbooks? I'd really like to move toward an online library rather than incurring the cost of a paper-based library (though I realize a degree of paper will be required).

Thanks so much. I am really excited about our joint venture. So are our students. Hoping that our "issue" gets resolved in a way suitable for us both.

Regards,

Michelle

---

**Perry Haan <haanpc@tiffin.edu>**
To: mdpillon@gmail.com

**Mon, Jun 15, 2009 at 3:12 PM**

Hi Michelle,

I am not on campus today but will put that list together tomorrow. I will check to see who the contact person is for library access. I am not sure if it is our librarian or somebody in ITS.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections, Real Results
>>> Michelle Pillon <mdpillon@gmail.com> 06/15/09 5:48 AM >>>
[Quoted text hidden]

UNVA00041

**University of Northern Virginia**

**2007 Board of Trustee Retreat @ Prague**

Agenda

September 9 to September 11

### 9/8   Pre-Retreat Meetings

| Time | Agenda | Facilitator | Participants | Location |
|------|--------|-------------|--------------|----------|
| 3pm ~ 4:30pm | UNVA Board of Directors Meeting | Dan | All UNVA Directors | Meet at hotel lobby first |
| 4:30pm ~ 6pm | Campus Presidents' Meeting | Fay | All campus presidents | TBD |

### 9/9 – at Hotel Conference Room

| Time | Agenda | Facilitator |
|------|--------|-------------|
| 9:00am ~ 9:30am | Introduction | Dave Lee |
| 9:30am ~ 10:00am | Welcome Richard Scaldini Meyers University Presentation | Dave Lee |
| 10:00am ~ 10:15am | Break | |
| 10:15am ~ 12:00pm | Review from last retreat: Campus Reports including Financials – <br>• Joe Drew (Manassas)<br>• Mitchell Young (Prague)<br>• Dan Ho for Edwin (Hong Kong)<br>• Theo Ktorides (London)<br>• Ron French (Cyprus)<br>• CAMS -- Ray Hackett/Marty Martin | Dave Lee |
| 12:00pm ~ 1:30pm | Lunch | Mitchell Young/ Joy Cheng |

| | | |
|---|---|---|
| 1:30pm ~ 3pm | Accreditation Introductions/Updates<br><br>-- This session will discuss the differences between institutional and programatic accreditation. Each of the panelists will present an overview of ECBE, IACBE, and the two regional accrediting agencies NCA, and SACS. A brief update will also be given by Bert van Gils on the status of our appeal with ACICS. | Fay Avery<br><br>Panel: Dick Scaldini, Ray Hackett, Ata Doven, Joe Drew |
| 3:00pm ~ 3:15pm | Break | |
| 3:15pm ~ 5:00pm | Accreditation – Discussion continued | Fay Avery |
| 6pm ~ 9pm | Group Dinner – all members & companions -- Location TBD | Mitchell Young/Joy Cheng |

**9/10 – at Hotel Conference Room**

| | | |
|---|---|---|
| 9:00am ~ 10:00am | Vision Statement & Mission Statement Review | Dave Lee |
| 10:00am ~ 12:00am | Campus SWOT review/Discussion<br><br>(Strength, Weakness, Opportunity, and Threats) – Campus Presidents | Dave Lee |
| 12:00pm ~ 1:30pm | Lunch | Mitchell Young/Joy Cheng |
| | Trustee Committee Annual Planning sessions | Joy Cheng |
| 1:30pm ~ 2:15pm | Committee of Academic Affair | Ray Hackett for Stefan Gunther |
| 2:15pm ~ 3:00pm | Committee of Trusteeship | Jay Kaplan |
| 3:00pm ~ 3:15pm | Break | |
| 3:15pm ~ 4:00pm | Committee of Finance & Audit | Gary Rushin |
| 4:00pm ~ 4:45pm | Committee of Graduates | Jim Kelly |

| 4:45pm ~ 5:00pm | Conclusion | Joy Cheng |
| 6:00pm ~ 9:00pm | Group Dinner – all members & companions -- Location TBD | Mitchell Young / Joy Cheng |

**9/11**

| 9:00am ~ 12:00pm (break in between sessions) | Trustee Training <br> • Trends in the education industry <br> • Academic program development and review <br> • Course and content development <br> • Academic assessment. | Ray Hackett / Ata Doven |
| 12:00pm ~ 1:30pm | Lunch | Mitchell Young/ Joy Cheng |
| 1:30pm ~ 3:00pm | Trustee Training & Discussion | Dave Lee / Fay Avery |
| 3:00pm ~ 3:15pm | break | |
| 3:15pm ~ 4:30pm | Objective for 2008 | Dave Lee |
| 4:30pm ~ 5:00pm | Closing and elect next board retreat chair | Dave Lee |

Page 1 of 1



Michelle Pillon <mdpillon@gmail.com>

# Confirmation

2 messages

---

**Michelle Pillon <mdpillon@gmail.com>**
To: don.macneil@tiscali.cz, helenafelix@gmail.com, young.mitchell@gmail.com
**Fri, Apr 24, 2009 at 3:03 PM**

Dear Don, Helena and Mitchell,

I confirm that I will move from my current employment to the new entity. I am in support of the new undertaking and am on-board with the plan.

Regards,

Michelle Pillon

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**
To: mdpillon@gmail.com
**Fri, Apr 24, 2009 at 3:03 PM**

This is an automatically generated Delivery Status Notification

Delivery to the following recipient failed permanently:

don.macneil@tiscali.cz

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 5.1.1 <don.macneil@tiscali.cz>: Recipient address rejected: User unknown (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.216.28.200 with SMTP id g50mr152365wea.203.1240578215587; Fri, 24 Apr 2009 08:03:35 -0700 (PDT)
Date: Fri, 24 Apr 2009 15:03:35 +0200
Message-ID: <b1a1a4600904240803y4add8910u53f3af42a42d3e41@mail.gmail.com>
Subject: Confirmation
From: Michelle Pillon <mdpillon@gmail.com>
To: don.macneil@tiscali.cz, helenafelix@gmail.com, young.mitchell@gmail.com
Content-Type: multipart/alternative; boundary=0016e6de0029db311604684c9f4a

--0016e6de0029db311604684c9f4a
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
[Quoted text hidden]

----- Message truncated -----

UNVA00045

http://mail.google.com/mail/?...



Michelle Pillon <mdpillon@gmail.com>

# FW: Business Plan TUP
1 message

**Gordon Pillon <gjillon@hotmail.com>**                                    **Sat, Jun 6, 2009 at 5:42 PM**
To: "jeholmes@volny.cz" <jeholmes@volny.cz>, Michelle/Tiffin <mdpillon@gmail.com>

    Team Tiffin,
    H and D would like us to look at this and come up with our own plan. H would like Jon's CV and I quote'
    "He is such a dear but I would like to know a bit more about him"
    I am very interested in your first impressions.
    G

    > Date: Sat, 6 Jun 2009 16:31:12 +0100
    > Subject: Fwd: Business Plan TUP
    > From: helenafelix@gmail.com
    > To: gjillon@hotmail.com
    >
    > ———— Forwarded message ————
    > From: <don.macneill@tiscali.cz>
    > Date: 2009/6/6
    > Subject: Business Plan TUP
    > To: gjillon@gmail.com, jeholmes@volny.cz
    > Cc: Helenafelix@gmail.com
    >
    >
    > As discussed yesterday here is the business plan that was agreed as the basis
    > for our financial support.
    >
    > It is a set of detailed sheets listing
    > -Income by month and category
    > -Expense by month and category
    >
    > which are then linked to produce
    > - detailed Cash Flow by month
    >
    > which are summarised as a single  Profit & Loss schedule for the first five
    > years.
    >
    > The assumptions made are noted at the appropriate cell on the relevent sheets.
    >
    > I would suggets that you save the original and then create another working
    > copy
    > so that you don't lose any of the linkages. (I did the same hence mine is
    > named working copy!)
    >
    > I would like you to take a look at it and give me your input on the nature
    > of the
    > assumptions used and the degree of risk that they would cause.
    >
    > If there are any problems I should be able to help.
    >
    > Regards
    >
    > Don
    >
    >
    >
    >
    > Prehledny firemni katalog

UNVA00046

> >
> http://firmy.tiscali.cz/
> 
> >
> > >
> 
> 
> 
> —
> 
> Helena Felix
> +44 7973 826 508 London
> +420 774 442 456 Prague

Insert movie times and more without leaving HotmailR. See how.

Tiffin 1v7working copy.xls
457K

contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 554 554 delivery error: dd This user doesn't have a volny.com account (jeholmes@volny.com) [0] - mta121.biz.mail.mud.yahoo.com (state 18).

----- Original message -----

MIME-Version: 1.0
Received: by 10.204.112.205 with SMTP id x13mr2262070bkp.170.1244711404078;
    Thu, 11 Jun 2009 02:10:04 (PDT)
In-Reply-To: <4A2F9FF9.C867.00DF.0@tiffin.edu>
References: <b1a1a4600906050243m629ae8c2l655a50a2ce2f1172@mail.gmail.com>
    <4A2F9FF9.C867.00DF.0@tiffin.edu>
Date: Thu, 11 Jun 2009 11:10:04 +0200
Message-ID: <b1a1a4600906110210j2a316022ybe1418adb3bb6b2f@mail.gmail.com>
Subject: Fwd: TU in Prague
From: Michelle Pillon <mdpillon@gmail.com>
To: glillon@hotmail.com, jeholmes@volny.com
Content-Type: multipart/alternative; boundary=0016368e21cc1687eb046c0ef574

--0016368e21cc1687eb046c0ef574
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

We have a problem that needs to get resolved. I'm going to be calling Perry today.

Michelle

--------- Forwarded message ---------

----- Message truncated -----

---

**Michelle Pillon <mdpillon@gmail.com>**                     Thu, Jun 11, 2009 at 11:14 AM
To: Perry Haan <HaanPC@tiffin.edu>

Perry,

Well, had my first shock of the day in reading your email - particularly the item regarding the inability to transfer of credits from UNVA after it lost it's accreditation. If you don't mind, I'll give you a call today to review the content of your email.

I appreciate your response and look forward to meeting and working with Tiffin's staff as our mutual students come on board.

Regards,

Michelle

[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**                     Thu, Jun 11, 2009 at 11:50 AM
Draft To: young.mitchell@gmail.com

Mitchell,

Please read Perry's email below. Needless to say, I am absolutely shocked that at this stage of the transistion this news is coming to light. It was my understanding (as well as Martin's and Gordon's) from you that Tiffin had agreed to accept for transfer UNVA credits acquired during the 18 months after the loss of UNVA's accreditation (i.e. through Fall 2009). And in addition, that they had approved the course transistion plan we laid out for the MBA and BBA programs. I'm sure you realize that without this ability, that our project

UNVA00048.

http://mail.google.com/mail/?ui=2&ik=5f0c7508-c8...

——— Forwarded message ———
From: **Perry Haan** <HaanPC@tiffin.edu>
Date: Wed, Jun 10, 2009 at 5:58 PM
Subject: Re: TU in Prague
To: Michelle Pillon <mdpillon@gmail.com>
[Quoted text hidden]

---

**Perry Haan** <HaanPC@tiffin.edu>                    **Thu, Jun 11, 2009 at 8:50 PM**
To: Michelle Pillon <mdpillon@gmail.com>

Hi Michelle,

You can breath again. :-)

The registrar agreed to allow the students who have taken classes since UNVA lost its accreditation to take TU created proficiency tests for those classes. We will need a list of the courses for which we will need to create tests.

Actually I don't know if this would work but I am going to be in Poland and Romania in July. Maybe I could make a trip to Prague to oversee the administration of the test to keep our accrediting types happy. I don't know if students are available to take the tests then (I"m guessing not?).

I can Skype anytime if it is easier than exchanging mails.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections. Real Results

>>> Michelle Pillon <mdpillon@gmail.com> 6/11/2009 5:14 am >>>
[Quoted text hidden]

---

**Michelle Pillon** <mdpillon@gmail.com>               **Fri, Jun 12, 2009 at 3:00 PM**
To: Perry Haan <HaanPC@tiffin.edu>

Perry,

Am breathing in shallow gasps still. Appreciate your help.

Logistics complications:

There would be 110 classes with an average of 18 students per class or 1,980 tests to be administered and marked.

How do you envision proceeding? The time to prepare the initial material for your registrar, schedule and administer the exams, mark them and document everything will be an enormously time consuming endeavor. Not to mention the cost associated with this undertaking as we would have to bear the total unplanned cost out of an operational start-up budget.

The testing would have to be done during the school term as the majority of our potential students will go home for the summer.

UNVA00049

http://mail.google.com/mail/?ui=2&ik=5f...

I'll give you a call about 9:00 your time to further talk about proceeding. While I understand the concern of your registrar and the need to ensure compliance with the accrediting agency, I'd like to continue to discuss options or revised options.

Regards,

Michelle

Michelle
[Quoted text hidden]

UNVA00050

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections, Real Results

>>> Mitchell Young <young.mitchell@gmail.com> 6/16/2009 10:54 am >>>
Hi Perry, Just back from my reunion, and here in Wilmington with access to
email again. Michelle sent me an email with some concerns about transfer
credits. I think she may have already spoken to you again about that, so
maybe by now all is solved. There is only one very serious problem, which is
that of transferring credits earned after UNVA lost accreditation. We spoke
about this in Bucharest, and you'd told me that it shouldn't be a problem to
make an exception for that. If Tiffin can't accept those credits, our whole
business plan will not work. Maybe we can speak by phone today. I'll be in
and out. My number here is 302-652-5231 or I can try you. Let me know what's
best.
Mitchell

--

Helena Felix
+44 7973 826 508 London
+420 774 442 456 Prague

Windows Live™: Keep your life in sync. Check it out!



Michelle Pillon <mdpillon@gmail.com>

## transfer credits
3 messages

**Mitchell Young <young.mitchell@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>

Wed, Jun 17, 2009 at 5:53 AM

Hi Michelle,
I exchanged a few emails with Perry, and he seems confident that there will be a way to transfer the credits from this year. He needs to discuss that with the registrar who is on holiday until next week. I've told him that we would prefer an administration based solution (we provide the details, etc.) rather than a student based one (i.e. test or evaluation). I'll let you know if anything comes up before I'm back, but it seems that Perry wants to wait and discuss this with the registrar next week. How are things going there?
Mitchell

**Michelle Pillon <mdpillon@gmail.com>**
To: Mitchell Young <young.mitchell@gmail.com>

Wed, Jun 17, 2009 at 12:37 PM

Okay - quiet now. Students are investigating multiple universities - Prague College and Anglo-American seem to be the choice for those who haven't applied here. UNYP is almost always refusing students because of the accreditation issue.

DHL called me on Monday and I meet with them on Tuesday. Petra is unhappy that she wasn't notified in advanced and had to hear about the situation from her employees. She's calm for the moment but will probably revisit the issue again once she's talked with her management.

And many of the MBA students want to accelerate their students and bring everything into Fall 2009 so that they are eligible for the dual diploma. Thoughts?

Michelle
[Quoted text hidden]

**Mitchell Young <young.mitchell@gmail.com>**
To: Michelle Pillon <mdpillon@gmail.com>

Wed, Jun 17, 2009 at 4:23 PM

Thanks for the news. We'll figure things out when I'm back on Monday.
Mitchell
[Quoted text hidden]

UNVA00052



Michelle Pillon <mdpillon@gmail.com>

# Greetings from Jersey!
9 messages

---

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**    **Mon, Jun 22, 2009 at 5:06 PM**
To: Michelle Pillon <mdpillon@gmail.com>

Hi Michelle,

Mitchell was so keen to talk today that he was in touch with my folks in Scotland. How is he taking the news from Don?

Good wishes,
Martin

---

**Michelle Pillon <mdpillon@gmail.com>**    **Tue, Jun 23, 2009 at 12:32 PM**
To: Martin McGoldrick <martin.mcgoldrick@gmail.com>

Very, very badly. I am the scapegoat (and the new queen bitch :-) )and you are his new found best friend, colleague, buddy, pal - old faithful - together for 10 years, etc. etc.

It is extremely unpleasant at the moment. Not sure if I'll be here at the end of the day, let alone the end of the week.

Tamara and Jitka have resigned. They are getting alot of pressure from both of them.

Michelle

[Quoted text hidden]

---

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**    **Tue, Jun 23, 2009 at 4:43 PM**
To: Michelle Pillon <mdpillon@gmail.com>

Hi Michelle,
I expected as much. Sorry that you and the others are getting such heat. He cannot touch you so don't let things get to you. Good luck. I will see you on Thursday one way or another. My ferry crossing was changed (by the company not me) so I don't get off the island until late afternoon tomorrow.
See you soon,
Martin

2009/6/23 Michelle Pillon <mdpillon@gmail.com>
[Quoted text hidden]

---

**Martin McGoldrick <martin.mcgoldrick@gmail.com>**    **Tue, Jun 23, 2009 at 5:18 PM**
To: Michelle Pillon <mdpillon@gmail.com>

Hi Again!

I just sent this message off to Mitchell in an attempt to calm him a little. I will wait until my return to Prague before I speak with him, but I wished to lift some of the burden from your shoulders.

I haven't gone into much detail as you can see..........

Hi Mitchell,

UNVA00059

I know what has happened back there, but I've no idea how it will play out. I have been trying to sort out MSN messenger from Internet cafes but its pretty useless. I am staying with my brother, but I leave the island tomorrow to return to Prague. Due to bank security he doesn't have a landline (even my folks had to contact him at his office).

I know things are moving fast, Jon Holmes has given me full heads-up on an alternate plan. Seems that there is little confidence back there in Prague.

The students had their boatparty and we ALL came out of it looking bad. There was a lot of trouble and some 'truths' were uttered by our students as the alcohol was flowing. A lot of punches were thrown too!

I HAD THE CHANCE TO SPEAK WITH DON FOR THE FIRST TIME.....and he said that he is moving ahead with a September start, using the existing company, and that things haven't flowed the way he expected.

Given that I have resigned and working my notice, I made sure that he understood that I'd like to have a job with his entity. I know that you will understand that I have to protect my family's future and make sure that I have an income from somewhere. I think the same is true for Michelle, she needs to secure a job too. This whole sorry mess was launched with the email from Tiffin which named you as the Prague contact. If that email had never been sent then there would probably not be any alternate plan floating around. Your 'friend' Václav seems to have mentioned too much to other students. I was confronted late last week by a number of female students who seemed to know more than I ever have. I also had a confrontation with one of our receptionists who was shooting his mouth off. I informed him that, as far as I knew, your intention was to steady the ship and that you had not signed any contract with any other entity. He was mouthing off that I was lying to him...and rather loudly. At the very end of last week matters became nasty. However, anytime that I heard Michelle speak to students on the matter she was quite calm and always covered your back.

I am also aware that at the end of last week Jitka and Tamara resigned, I think they have both had enough. They were never party to any future plans and seem disappointed with us all.

Late tomorrow I'll be back in France and I hope to be able to connect via T-Mobile. I may be driving and unable to speak as my intention is to return as quick as I can given the way things are moving.

Martin

..............................

I guess he will change his opinion of me now that he knows I am actively intending to side with the alternate plan. Truth is he left me no choice.........it is a simple case of family needs first!

Keep your head high!
Martin

2009/6/23 Martin McGoldrick <martin.mcgoldrick@gmail.com>
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**                                      **Tue, Jun 23, 2009 at 8:59 PM**
To: Martin McGoldrick <martin.mcgoldrick@gmail.com>

Martin,

You are a godsend. Thanks for covering my back. It was extremely nasty today. Mitchell was unbelievably rude to me and descended to an extremely personal level.

I don't know how the situation will work itself out but we will see.

Thank you again.

UNVA00054



Michelle Pillon <mdpillon@gmail.com>

# Update from Prague
3 messages

---

**Michelle Pillon <mdpillon@gmail.com>**                            **Tue, Jun 23, 2009 at 12:38 PM**
To: Perry Haan <haanpc@tiffin.edu>

Perry,

Mitchell did not take the news of a second bid well. I apologize if you or Laura were on the receiving end of anything unpleasant.

I have been let go of my remaining contract time effective today. As of tomorrow, I will be free to work on Tiffin full time.

And to top it all off, I dropped my external storage drive and lost all of my files. Thankfully, gmail retains copies so I at least have everything that I've sent out.

Regards,

Michelle

---

**Perry Haan <haanpc@tiffin.edu>**                                  **Tue, Jun 23, 2009 at 2:42 PM**
To: mdpillon@gmail.com
Cc: Laura Mays <MaysL@tiffin.edu>

Hi Michelle,

Laura and I have both received phone calls from Mitchell. As you imagine he is upset. Obviously Laura and I do not know all the details but hope this all works out.

I was thinking about a trip to Prague (from Bucahrest) July 20-22 to possibly meet with the new president, you and whoever else might be involved in all of this. Does that make sense?

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections. Real Results
>>> Michelle Pillon <mdpillon@gmail.com> 06/23/09 6:38 AM >>>
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**                            **Tue, Jun 23, 2009 at 8:26 PM**
To: Perry Haan <haanpc@tiffin.edu>

Perry,

Thank you for your email. It is tough, to say the least, but we are working hard to ensure Tiffin's success on the market here. Response has been outstanding to date - already at 100 students.

I will need to confirm with you later this week regarding your visit to Prague. I do think that it would be

UNVA00055

highly beneficial to us but I am not sure what my obligations to UNVA entail. I will get back to you later.

Best regards,

Michelle
[Quoted text hidden]



Michelle Pillon <mdpillon@gmail.com>

## Some Questions
5 messages

---

**Laura Mays <maysl@tiffin.edu>**                                    Tue, Jun 23, 2009 at 5:12 PM
To: mdpillon@gmail.com
Cc: Perry Haan <HaanPC@tiffin.edu>

Dear Michelle: I am sorry I was not able to participate in your phone
call with Perry. (I was watching the Cleveland Indians lose to the
Chicago Cubs, so in retrospect . . .) As you know, Mitchell has spoken
with both Perry and me about his situation. He has not been unpleasant,
but he has been very vocal about his sense of betrayal. I suppose this
is a natural reaction.

I do have some questions. Since Mitchell was our primary contact person,
you and I have not discussed some issues that will become important in a
few months and others that are important to discuss now. For example, we
do not know much about the investors in this project besides you. Do you
have some information like bios or resumes to send us so we have sense
of the people we are dealing with and can answer questions posed to us
here?

Mitchell has mentioned that many of the students were concerned because
in the early days of our unofficial recruiting last month, they were
told he would not be involved. This is when Mitchell was still a part of
UNV and had not handed in his resignation. I know you told Perry you had
approximately 100 students signed up for Tiffin, but do you think the
fact Mitchell is not involved will have an impact on these numbers? I
realize this may be a rather odd question to ask you, after all I
suppose you would still be dealing with him if you believed this to be
true. Nevertheless, do you have sense of how they are reacting?Also, I
wasn't sure if the 100 students was a combination of BBA and MBA?

If you think it is important for me to join Perry in July, I am happy to
do so – but you may not think the monetary outlay would be
cost-effective, which is fine. I only let you know that if it will of
use to you and the others, I am willing to come.

I think you are aware of the fact that we had spoken to Mitchell about
having TU professors – including Perry and me – who will be teaching in
Romania in October to come to Prague for a type of "kick-off" ceremony.
The dates are Ocotber 26-28 for recruitment-based activities) in our
talks with Mitchell he had agreed to pay for four rooms for three nights
and we would pick up our air travel costs. I bring this up not because
it is a burning issue at the moment, but because I want us to be on the
same page from the beginning.

Thanks for your cooperation and attention to these details
Laura

---

**Michelle Pillon <mdpillon@gmail.com>**                            Tue, Jun 23, 2009 at 8:54 PM
To: Laura Mays <maysl@tiffin.edu>

Laura,

Thank you for your email. And for the clarity of your concerns.

I understand that Mitchell has been quite vocal. Believe me, I know, as I have been on the receiving end

UNVA00057

http://mail.google.com/mail/?ui=2&ik=5fc7508 5&view=pt&search=inbox&msg=



Michelle Pilion <mdpilion@gmail.com>

## One More Question
2 messages

**Laura Mays <maysl@tiffin.edu>**                    **Wed, Jun 24, 2009 at 12:39 AM**
To: mdpilion@gmail.com
Cc: Perry Haan <HaanPC@tiffin.edu>

Dear Michelle:
I have one more question for you - one I also intend to put to Mitchell, so do not think I am doing an end run around him. Has Mitchell resigned from UNVA? I know he said he had planned to do so on Monday when he returned to Prague, but I am not sure what his status is now. You may not know either, but I am curious.
Laura

**Michelle Pilion <mdpilion@gmail.com>**              **Wed, Jun 24, 2009 at 7:55 PM**
To: Laura Mays <maysl@tiffin.edu>

To my knowledge he has not. From all indications he is continuing to function as UNVA's president and managing director. Michelle

Sent from my iPhone
[Quoted text hidden]

UNVA00058



**T/FF/N**
UNIVERSITY

tel. +420 224 87 2487
fax. +420 224 87 2485
kyoung.admin@unva.edit
www.unva.cz

Na Poříčí 12, 110 00 Praha 1

**Kateřina YOUNG**
*PR & Marketing Director*



Michelle Pillon <mdpillon@gmail.com>

## Absence due to Illness
1 message

**Michelle Pillon <mdpillon@gmail.com>**                                      Thu, Jun 25, 2009 at 10:51 AM
To: myoung.admin@unva.cz
Cc: jiri.buchvaldek@hblaw.eu

Mitchell,

I attempted on two separate occasions to notify you yesterday, Wednesday, June 24th, that I was ill. While you were in the office, you were not available.

As has been standard practice at the university during my two years of employment, I notified a colleague, in this case, Jitka Ticha, that I was going home ill. I left the university at approximately 2:00 p.m.

Today, I continue to feel unwell. I have an appointment later today to see my doctor. I will, of course, inform you of the results of my visit.

Given the personal situation between you and I, on the advice of my lawyer, I have copied him on this email.

Michelle

UNVA00060



Michelle Pillon <mdpillon@gmail.com>

# Today's meeting posted on Facebook
1 message

**Tami <tamara.curcic@gmail.com>**                                    Thu, Jun 25, 2009 at 7:13 AM
To: mdpillon@gmail.com, gjillon@hotmail.com, iprosserova <prosserova.tiffin@gmail.com>

UNVA EXPLAINING SESSION
Because there was enough of rumors...
Host: UNVA PRAGUE
Type: Causes - Rally
Network: Global
Date: Thursday, June 25, 2009
Time:  1:00pm - 2:00pm
Location: UNVA PRAGUE CAMPUS
Description
Guys, all of you could noticed that current situation at UNVA is not sustainable and doesn't allow us to
sleep well. That's is why I made decision a based of Norman's email I called him to find out more about
Tiffin and UNVA. Based on this I had a 7 hour lasting meeting with Mitchell where we concluded there is
necessary to talk to US, students in order to understand what happened and what are recommended
steps. Please, all UNVA students, COME TO THIS SESSION. THIS SESSION WAS PROVOKED BY
ME, IN ORDER TO GLUE BACK "UNVA FAMILY". THANK YOU AND SEE YOU THERE!Kind regards,
Radek

One thing Radek forgot to mention is that he spent 7 hours with Mitchell and Katerina by calling his lawyer
and talking to their lawyer and making plans how to destroy people's lives and careers. Pathetic little
bastard.

Tamara

UNVA00061

http://mail.google.com/mail/?ui=2&ik=5fba7508-f8&...



Michelle Pillon <mdpillon@gmail.com>

# Other oars in the muddy water
3 messages

**Benison Beggars <BeggarsBenison@seznam.cz>**
To: Michelle Pillon <mdpillon@gmail.com>

**Wed, Jun 24, 2009 at 9:21 AM**

Hi Michelle,
this was forwarded to me this morning..if you havent seen it I guess you should.Smile.....
CSC

> Datum: 23.06.2009 19:58
> Predmět: New university
>
I must apologize to you all.  I gave you bad information concerning the new university.  I got bad
information from people I believed I could trust   Michelle and Gordon started signing up students while
Mitchel was out of town.  They did this illegally and without authority.  The new university will not legally
exist in the Czech Republic until the middle of August.

Right now the future of the new university is in question. We do not know if it will exist, who will be
managing it and under what conditions it will operate.  I certainly will not be working there. I will never
again be associated with either Michele or Gordon.   UNDER NO CONDITIONS PAY ANY MONEY,
FEES OR TUITION until the situation is clear.

I am sorry.  Norman

**Michelle Pillon <mdpillon@gmail.com>**
To: Benison Beggars <BeggarsBenison@seznam.cz>

**Wed, Jun 24, 2009 at 7:52 PM**

Thank you. Yes, I know about the email. Norman was used to do someone else's business. Sad really.
Things continue to disintegrate. I have been publicly harassed, threaten and humiliated. Called horrible
names and insulted. Not a pleasant time. I am sure it is all on facebook. Keep your head low.

Sent from my iPhone
[Quoted text hidden]

**Benison Beggars <BeggarsBenison@seznam.cz>**
To: Michelle Pillon <mdpillon@gmail.com>

**Wed, Jun 24, 2009 at 9:37 PM**

Dear Michelle,
dont have Facebook, but hey I have no desire to keep my head lower than  normal...besides , I need
some information form you.I have spoken to FFUK about doing part -time.They have agreed to allow
me,but I need to know obviously when I should arrange this from and whether I should do so?
I wouldn't worry about the voices calling you names.... these never quieten..but then again, they never
say anything new either ;)
Regards,
CSC

---------- Původní zpráva ----------
Od: Michelle Pillon <mdpillon@gmail.com>
Předmět: Re: Other oars in the muddy water
Datum: 24.6.2009 19:54:33

[Quoted text hidden]

UNVA00062

Page 3 of 4

return after June 29. Thanks for providing the thumbnail sketch of the investors.

Your plan to visit us in Tiffin is good news, and I am sure we can easily plan for this event.

Please know that Perry will be traveling to Prague on "our dime," so to speak. The reason I mentioned evaluating the cost-effectiveness of my potential visit is that it is not in our budget. I really think that my visit is not necessary especially if your team is planning a visit to us in the near future. I just wanted to be sure you knew that I was willing to come, and still am if it is of any value added benefit to you.

Is the new president one of the investors, Don McNeil? I think his is the name Perry gave me - Mitchell gave me a different name.

Please let me know if I can clarify any other issues for you.

Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/23/09 2:54 PM >>>
[Quoted text hidden]

toAgain, it is unfortunate at this stage of the game that much is in
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**
To: Laura Mays <maysl@tiffin.edu>                    **Wed, Jun 24, 2009 at 7:13 PM**

Laura,

Thank you for your email. Let's touch based again next week and see if a skype call would be needed.

Don MacNeil will not be the president. Since Don and Helena, as primary investors (I'm just a "little" one), have not yet made a final decision, it would be premature at this stage to discuss who the individual might be.

I understand the operational budget issue as we also did not anticipate the need for an additional visit to Prague, however, the visit to Tiffin is included in the plan. And is looked forwarded to with great pleasure.

Things are still in quite a turmoil here. The vocalness of Mitchell and his wife continue to escalate making things very unpleasant. As I am not sure to the degree that this vocalness might take, please don't hesitate to contact me if I can be of any assistance or clarify any additional concerns.

May I give your Skype details to Helena and Don? They wish to establish communication with you and to reassure you of their commitment to this undertaking.

With sincerest regards,

Michelle
[Quoted text hidden]

---

**Laura Mays <maysl@tiffin.edu>**
To: mdpillon@gmail.com                    **Wed, Jun 24, 2009 at 7:33 PM**

Of course, Michelle. For Skype it is: Dr. Laura Mays. I'll look forward to being in touch again next week. But please do not hesitate to email me if you have any questions or concerns or information! I think I told you that Perry and I will be in San Antonio tomorrow through Monday at a conference of our accrediting agency. Representatives from the European Council of Business Education will also be attending - I think you know that this is the European accrediting agency that put us in touch with all of you in the first place.

Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/24/09 1:13 PM >>>

UNVA00063

http://mail.google.com/mail/?ui=2&ik=5c75b4

[Quoted text hidden]
> I will be happy to provide> And would be most happy to arrange a Skype call with Helena, Perry and
[Quoted text hidden]
> > true. Nevertheless, do you have sense of ho> > If you think it is important for me to join Perry in July, I
am
[Quoted text hidden]

Michelle

On Tue, Jun 23, 2009 at 4:43 PM, Martin McGoldrick <martin.mcgoldrick@gmail.com> wrote:
HI Michelle,
I expected as much. Sorry that you and the others are getting such heat. He cannot touch you so don't
let things get to you. Good luck, I will see you on Thursday one way or another. My ferry crossing was
changed (by the company not me) so I don't get off the island until late afternoon tomorrow.
See you soon,
Martin

2009/6/23 Michelle Pillon <mdpillon@gmail.com>

Very, very badly. I am the scapegoat (and the new queen bitch :-) )and you are his new found best
friend, colleague, buddy, pal - old faithful - together for 10 years, etc. etc.

It is extremely unpleasant at the moment. Not sure if I'll be here at the end of the day, let alone the
end of the week.

Tamara and Jitka have resigned. They are getting alot of pressure from both of them.

Michelle

On Mon, Jun 22, 2009 at 5:08 PM, Martin McGoldrick <martin.mcgoldrick@gmail.com> wrote:
HI Michelle,

Mitchel was so keen to talk today that he was in touch with my folks in Scotland. How is he taking
the news from Don?

Good wishes,
Martin

---

**Michelle Pillon <mdpillon@gmail.com>**        **Wed, Jun 24, 2009 at 4:51 PM**
To: helenafelix@gmail.com

[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**        **Wed, Jun 24, 2009 at 4:51 PM**
To: Jon Holmes <jeholmes@volny.cz>
Cc: Gordon Pillon <gjillon@hotmail.com>

---------- Forwarded message ----------
From: Michelle Pillon <mdpillon@gmail.com>
Date: Tue, Jun 23, 2009 at 8:59 PM
Subject: Re: Greetings from Jersey!
[Quoted text hidden]

---

**Michelle Pillon <mdpillon@gmail.com>**        **Wed, Jun 24, 2009 at 4:54 PM**
To: helenafelix@gmail.com, Jon Holmes <jeholmes@volny.cz>, Gordon Pillon <gjillon@hotmail.com>

Sorry, this is the full exchange
Gordon for Michelle
[Quoted text hidden]

UNVA00065

**Michelle Pillon <mdpillon@gmail.com>**                    **Wed, Jun 24, 2009 at 4:55 PM**
To: helenafelix@gmail.com, Jon Holmes <jeholmes@volny.cz>, Gordon Pillon <gjillon@hotmail.com>

Now I have it...long day

———— Forwarded message ————
From: **Martin McGoldrick** <martin.mcgoldrick@gmail.com>
Date: Tue, Jun 23, 2009 at 6:18 PM
Subject: Re: Greetings from Jersey!
[Quoted text hidden]

UNVA00066



Michelle Pillon <mdpillon@gmail.com>

## tiffin graphics
1 message

---

**Viliam Pangrac <pagelkon@alm.com>**                    **Tue, Jun 23, 2009 at 9:34 AM**
To: mdpillon@gmail.com

Good morning Michelle,

I told to Katerina so I know, the situation with Tiffin project is slightly different, as you presented to me last week.

From that reason, as author of the website, letterhead and business card design proposals, I don't allow you to use it, or publish anyhow.
I believe you respect copyright act.
Please, put it into trash,

I would be thankfull for ANY feedback
Regards

Viliam Pangrac
graphic designer

---

UNVA00067



Michelle Pillon <mdpillon@gmail.com>

# TU Contact People
5 messages

---

**Michelle Pillon <mdpillon@gmail.com>**                          **Mon, Jun 15, 2009 at 11:46 AM**
To: Perry Haan <haanpc@tiffin.edu>

Perry,

Wanted to thank you for the names. Just to be sure I contact the right person for the right reason, can you give me an idea of what areas each of them is responsible for and under what circumstances/conditions I or other TU-Prague staff should contact them. Could you also include yourself and Laura in this list?

Alice Nichols (ANichols@tiffin.edu), Registrar
Kristi Krintzline (KrintzlineKA@tiffin.edu), Graduate Admissions Director
Scott Saracusa (SaracusaSW@tiffin.edu), Admissions, Foreign Programs

Also, can I get a contact for your librarian? Mitchell had said that our students would be able to access TU's online libraries and research databases. Would like to get our librarian in touch with yours to start a dialogue.

And another person if you can - who is responsible for ordering textbooks for TU? Is it possible to piggyback onto TU's contract with textbook publishers? Does TU purchase hard copies or is TU moving toward electronic textbooks? I'd really like to move toward an online library rather than incurring the cost of a paper-based library (though I realize a degree of paper will be required).

Thanks so much. I am really excited about our joint venture. So are our students. Hoping that our "issue" gets resolved in a way suitable for us both.

Regards,

Michelle

---

**Perry Haan <haanpc@tiffin.edu>**                          **Mon, Jun 15, 2009 at 3:12 PM**
To: mdpillon@gmail.com

Hi Michelle,

I am not on campus today but will put that list together tomorrow. I will check to see who the contact person is for library access. I am not sure if it is our librarian or somebody in ITS.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections. Real Results
>>> Michelle Pillon <mdpillon@gmail.com> 06/15/09 5:46 AM >>>
[Quoted text hidden]

Perry Haan <HaanPC@tiffin.edu>
To: Michelle Pillon <mdpillon@gmail.com>                    **Wed, Jun 17, 2009 at 7:32 PM**

Hi Michelle,

These contacts you have now (including Laura Mays and mine) will probably work for now. The students' access to Ohio Link will come as a password that is on the ID card they will receive when formally accepted into the program.

Perry

Perry Haan, D.B.A.
Associate Professor of Marketing
Dean, School of Business
Tiffin University
155 Miami Street
Tiffin, Ohio 44883-2161
Phone: 419.448.3350
Email: haanpc@tiffin.edu

Tiffin University: Real Connections. Real Results

>>> Michelle Pillon <mdpillon@gmail.com> 6/15/2009 5:46 am >>>
[Quoted text hidden]

   Tiffin University Contact List.docx
   11K

---

Michelle Pillon <mdpillon@gmail.com>
To: Perry Haan <HaanPC@tiffin.edu>                    **Fri, Jun 19, 2009 at 12:30 PM**

Perry,

Could you add a short description of each position so that we know who we should go to under what circumstances? I know that over time this will work itself out but it might help early on to know who's who so that we don't cross boundaries.

Thanks so much.

Michelle

[Quoted text hidden]

---

Perry Haan <haanpc@tiffin.edu>
To: mdpillon@gmail.com                    **Fri, Jun 19, 2009 at 8:50 PM**

Hi Michelle,

Good talking to you today. Good luck in making those difficult decisions about how you want to go forward. Here is some more info on those contacts:

Alice Nichols (ANichols@tiffin.edu), Registrar—In most cases I would suggest contacting Laura or me first. Once in a while you may want to contact Alice directly but she is relying on Laura and me to help her with information dealing with our European partners. She does have the final decision authority regarding transfer issues.

Scott Saracusa (SaracusaSW@tiffin.edu), Admissions, Foreign Programs—Scott is the person to whom applications (both MBA and BBA) will go initially. If he has questions he may contact you or is more likely to contact me. We are working on a system where students will be able to apply online. That application would go both to you and us. This hopefully will streamline that process.

UNVA00069

Kristi Krintzline (KrintzlineKA@tiffin.edu), Graduate Admissions Director--Kristi is Scott's boss. She may occasionally get involved in an admissions decision. Feel free to contact her for ideas abaout recruiting students into the MBA program. She is more than willing to help if she can.

All of these people are helpful and easy to get along with. All of them have a somewhat limited knowledge about what we are doing outside the US which is why I suggested most of the time you will probably want to contact Laura or me first. Hope this helps.

[Quoted text hidden]

UNVA00070



Michelle Pillon <mdpillon@gmail.com>

# Inquiry on acceptance of Disability Payment
2 messages

**Michelle Pillon <mdpillon@gmail.com>**
To: Laura Mays <maysl@tiffin.edu>

Thu, Jun 18, 2009 at 3:04 PM

Laura,

I have a student who is interested in applying for Tiffin's MBA program here. He is eligible for full disability from the State of California which through the Department of Rehabilitation would pay his tuition. Is it possible to arrange this through the main campus? If so, is there a contact that you can give me.

Regards,

Michelle

**Laura Mays <maysl@tiffin.edu>**
To: mdpillon@gmail.com

Thu, Jun 18, 2009 at 3:12 PM

Michelle,
I will find out who you should ask about this
Laura

>>> Michelle Pillon <mdpillon@gmail.com> 06/18/09 9:04 AM >>>
[Quoted text hidden]

UNVA00071