IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC., | CASE NO. 3:09-CV-2225 |
| Plaintiff, | JUDGE DAVID A. KATZ |
| vs. | **SUPPLEMENTAL AFFIDAVIT OF JIŘÍ BUCHVALDEK** |
| TIFFIN UNIVERSITY, INC., | |
| Defendant. | |

COUNTRY OF THE CZECH REPUBLIC   )
                                ) SS:
CAPITAL CITY OF PRAGUE          )

Now comes Jiří Buchvaldek, Advocate, of legal age and after having been duly sworn and states that the following is true:

1. I am admitted as a fully qualified Czech advocate by the Czech Bar Association and am the co-founder of the law firm of HRUBÝ & BUCHVALDEK, v.o.s., advokatni kancelar, located in Prague, Czech Republic. In my capacity as a fully qualified Czech advocate, I have knowledge of and regularly practice law in the court system within the Czech Republic.

2. I have reviewed the claims made by University of Northern Virginia, Inc. ("UNVA") against Tiffin University in the Complaint filed in this case and UNVA's Opposition

149118 v_01 \ 123394.0001



to Motion to Dismiss for *Forum Non Conveniens*. The Czech Republic has a court system in which private entities such as the UNVA could bring a grievance and pursue remedies for alleged unlawful business activities arising from activities or conduct occurring in the Czech Republic like the Complaint filed in this case.

3. Because the allegations set forth in the Complaint address business activities and conduct occurring in the Czech Republic and UNVA alleges that Tiffin University engages in business within the Czech Republic through its campus in Prague, the court system available in the Czech Republic could exercise jurisdiction.

4. Additionally, the Czech Republic has a significant interest in adjudicating in the matter of Plaintiff's Complaint because the allegations directly relate to the employment relationships and employment contracts of individuals employed and working within the Czech Republic. Such employment relationships and contracts within the Czech Republic are governed by the laws of the Czech Republic. The Complaint further directly relates to the solicitation and enrollment of students at educational institutions that operate within the Czech Republic under the accreditation of the Czech Ministry and are subject to the laws of the Czech Republic.

FURTHER AFFIANT SAITH NOT

_____
Jiří Buchvaldek, Advocate

Sworn before me this 19th day of August, 2010.

_____
Signature of Advocate