## IN THE COMMON PLEAS COURT OF SENECA COUNTY, OHIO

| | | |
|---|---|---|
| Tiffin University | * | |
| Plaintiff, | * | Case No. 10CV0251 |
| vs. | * | Judge Michael P. Kelbley |
| Azutan CH s.r.o. aka Tiffin CZ s.r.o., et al. | * | |
| Defendants. | * | |

FILED COMMON PLEAS COURT SENECA COUNTY, OHIO
10 JUL 16 PM 2:43
MARY K. WARD CLERK

### NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Tiffin University, pursuant to Ohio Civ. R. 41(A) and hereby dismisses its Complaint against Defendants with prejudice.

Respectfully submitted,

David J. Claus (0070976)
Lange, DeVine & Claus, LLC
174 South Washington Street, PO Box 685
Tiffin, Ohio 44883
(419) 448-9250
(419) 448-9253 – Fax
Email: djc@bizwoh.rr.com
*Counsel for Tiffin University*

1

Jr. 472 Pg. 28

EXHIBIT D

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via regular U.S. mail on this _16th_ day of July 2010 upon the following:

Azutan CH s.r.o. aka Tiffin CZ s.r.o.
c/o Donald MacNeill, Jednatel
Chittusslho 144/1
160 00 Praha 6
Czech Republic

And

Tiffin University – American School of Business in Prague,
Successor in Interest to Azutan CH s.r.o.
Address unknown

And

Tiffin CZ s.r.o., Successor in Interest to Azutan CH s.r.o.
c/o Donald MacNeill, Jednatel
Chittusslho 144/1
160 00 Praha 6
Czech Republic

And

Unknown Successor in Interest to Azutan CH s.r.o.
Address unknown

_____
David J. Claus (0070976)
Lange, DeVine & Claus, LLC\
Counsel for Plaintiff

**SCANNED**
JUL 2 2 2010

Jr. 472 Pg. 29

2

TOTAL P.02