**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) | Case No.  3:09CV2225 |
| | ) | |
| | ) | Judge David A. Katz |
| Plaintiff, | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **SURREPLY IN SUPPORT OF ITS** |
| -vs- | ) | **OPPOSITION TO MOTION TO DISMISS** |
| | ) | **FOR *FORUM NON CONVENIENS*** |
| | ) | |
| Tiffin University, Inc. | ) | Richard M. Kerger (0015864) |
| | ) | Kimberly A. Conklin (0074726) |
| Defendant. | ) | Kerger & Hartman, LLC |
| | ) | 33 S. Michigan St., Suite 100 |
| | ) | Toledo, OH  43604 |
| | ) | Telephone:  (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | kconklin@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Plaintiff* |

Now comes plaintiff, by and through the undersigned counsel, and respectfully moves this Court to allow it to file its Surreply in Support of its Opposition to Motion to Dismiss for *Forum Non Conveniens*.  The defendant raised new matters in its Reply to which the plaintiff wishes to respond.

Respectfully submitted,

/s/ Richard M. Kerger
Richard M. Kerger (0015864)

Kimberly A. Conklin (0074726)
Kerger & Hartman, LLC
33 S. Michigan St., Suite 100
Toledo, OH  43604
Telephone:  (419) 255-5990
Fax: (419) 255-5997
Email: rkerger@kergerlaw.com
        kconklin@kergerlaw.com

/s/ Shawn C. Whittaker
Shawn C. Whittaker
Admitted Pro Hac Vice
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Telephone: (301) 838-4502
Fax: (301) 838-4505
Email: shawn@whittaker-law.com


*Counsel for Plaintiff*
University of Northern Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/   Richard M. Kerger
Richard M. Kerger (0015864)
One of the Attorneys for Plaintiff