Motion granted. Counsel to file surreply forthwith.

IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| University of Northern Virginia, Inc. | Case No.  3:09CV2225 |
| Plaintiff, | Judge David A. Katz |
| -vs- | **MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF ITS OPPOSITION TO MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** |
| Tiffin University, Inc. | Richard M. Kerger (0015864) |
| Defendant. | Kimberly A. Conklin (0074726) |
| | Kerger & Hartman, LLC |
| | 33 S. Michigan St., Suite 100 |
| | Toledo, OH  43604 |
| | Telephone:  (419) 255-5990 |
| | Fax: (419) 255-5997 |
| | Email: rkerger@kergerlaw.com |
| | kconklin@kergerlaw.com |
| | *Counsel for Plaintiff* |

Now comes plaintiff, by and through the undersigned counsel, and respectfully moves this Court to allow it to file its Surreply in Support of its Opposition to Motion to Dismiss for *Forum Non Conveniens*.  The defendant raised new matters in its Reply to which the plaintiff wishes to respond.

Respectfully submitted,

/s/ Richard M. Kerger
Richard M. Kerger (0015864)