IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNIVERSITY OF NORTHERN
VIRGINIA, INC.,

                Plaintiff,                  Case No. 3:09 CV 2225

       -vs-

                                          JUDGMENT   ENTRY

TIFFIN UNIVERSITY, INC.,

                Defendant.

KATZ, J.

     For the reasons stated in the Memorandum Opinion filed contemporaneously with this

entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to

dismiss on the basis of *forum non conveniens* is denied. (Doc. No. 20).


                               S/ *David A. Katz*
                               DAVID A. KATZ
                               U. S. DISTRICT JUDGE