**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) ) | Case No. 3:09CV2225 |
| | ) | Judge David A. Katz |
| | ) | |
| Plaintiff, | ) ) | **NOTICE OF DEPOSITION OF PAUL MARION** |
| | ) | |
| -vs- | ) ) ) | Richard M. Kerger (0015864) Kimberly A. Conklin (0074726) Kerger & Hartman, LLC |
| Tiffin University, Inc. | ) ) ) | 33 S. Michigan St., Suite 100 Toledo, OH 43604 Telephone: (419) 255-5990 |
| Defendant. | ) ) ) | Fax: (419) 255-5997 Email: rkerger@kergerlaw.com kconklin@kergerlaw.com |
| | ) ) ) ) | *Counsel for Plaintiff* |

**NOTICE OF DEPOSITION**

PLEASE take notice that counsel for the Plaintiff University of Northern Virginia, Inc. will take the deposition of Paul Marion on the 25th day of January, 2011, beginning at 9:00 A.M., at the office of Defendant Tiffin University, Inc.'s counsel, Roetzel & Andress, Fifth Third Center at One SeaGate, Suite 1700, Toledo, OH 43604.

NOTICE OF DEPOSITION - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

Name:      Paul Marion

Address:   c/o Denise M. Hasbrook, Esq.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604

Date:      Tuesday, January 25, 2011

Time:      9:00 A.M.

Location:  Roetzel & Andress, P.A.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604

                              Respectfully submitted,


                              /s/ Richard M. Kerger
                              Richard M. Kerger (0015864)
                              Kimberly A. Conklin (0074726)
                              Kerger & Hartman, LLC
                              33 S. Michigan St., Suite 100
                              Toledo, OH  43604
                              Telephone:  (419) 255-5990
                              Fax: (419) 255-5997
                              Email: rkerger@kergerlaw.com
                                     kconklin@kergerlaw.com

                              Shawn C. Whittaker (Pro Hac Vice)
                              Whittaker & Associates, P.C.
                              1010 Rockville Pike, Suite 607
                              Rockville, MD 20852
                              Telephone: (301) 838-4502
                              Fax: (301) 838-4505
                              Email: shawn@whittaker-law.com

                              *Counsel for Plaintiff*
                              *University of Northern Virginia, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 1st day of November, 2010, a copy of the foregoing notice was served electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                /s/ Richard M. Kerger
                                Richard M. Kerger (0015864)
                                Counsel for Plaintiff

NOTICE OF DEPOSITION - 3        THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com