**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) ) ) | Case No. 3:09CV2225 |
| | ) | Judge David A. Katz |
| Plaintiff, | ) ) ) | **AMENDED NOTICE OF DEPOSITION OF PERRY HAHN** |
| -vs- | ) ) ) ) | Richard M. Kerger (0015864) Kimberly A. Conklin (0074726) Kerger & Hartman, LLC |
| Tiffin University, Inc. | ) ) ) | 33 S. Michigan St., Suite 100 Toledo, OH 43604 Telephone: (419) 255-5990 |
| Defendant. | ) ) ) ) ) ) | Fax: (419) 255-5997 Email: rkerger@kergerlaw.com kconklin@kergerlaw.com *Counsel for Plaintiff* |

**AMENDED NOTICE OF DEPOSITION**

PLEASE take notice that counsel for the Plaintiff University of Northern Virginia, Inc. will take the deposition of Perry Hahn on the 23rd day of February, 2011, beginning at 9:00 AM, at the office of Defendant Tiffin University, Inc.'s counsel, Roetzel & Andress, Fifth Third Center at One SeaGate, Suite 1700, Toledo, OH 43604.

NOTICE OF DEPOSITION - 1   THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

```
Name:      Perry Hahn

Address:   c/o Denise M. Hasbrook, Esq.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604

Date:      Wednesday, February 23, 2011

Time:      9:00 AM

Location:  Roetzel & Andress, P.A.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604
```

Respectfully submitted,


/s/ Richard M. Kerger
Richard M. Kerger (0015864)
Kimberly A. Conklin (0074726)
Kerger & Hartman, LLC
33 S. Michigan St., Suite 100
Toledo, OH  43604
Telephone:  (419) 255-5990
Fax: (419) 255-5997
Email: rkerger@kergerlaw.com
       kconklin@kergerlaw.com

Shawn C. Whittaker (Pro Hac Vice)
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Telephone: (301) 838-4502
Fax: (301) 838-4505
Email: shawn@whittaker-law.com

*Counsel for Plaintiff*
*University of Northern Virginia, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 8th day of November, 2010, a copy of the foregoing notice was served electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                  /s/   Richard M. Kerger
                                  Richard M. Kerger (0015864)
                                  Counsel for Plaintiff

NOTICE OF DEPOSITION - 3                    THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com