**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| University of Northern Virginia, Inc. | ) ) ) | Case No. 3:09CV2225 |
| | ) | Judge David A. Katz |
| Plaintiff, | ) ) ) | **AMENDED NOTICE OF DEPOSITION OF PAUL MARION** |
| -vs- | ) ) ) | Richard M. Kerger (0015864) Kimberly A. Conklin (0074726) Kerger & Hartman, LLC |
| Tiffin University, Inc. | ) ) ) | 33 S. Michigan St., Suite 100 Toledo, OH 43604 Telephone: (419) 255-5990 |
| Defendant. | ) ) ) ) ) ) ) | Fax: (419) 255-5997 Email: rkerger@kergerlaw.com kconklin@kergerlaw.com  *Counsel for Plaintiff* |

**AMENDED NOTICE OF DEPOSITION**

PLEASE take notice that counsel for the Plaintiff University of Northern Virginia, Inc. will take the deposition of Paul Marion on the 24th day of February, 2011, beginning at 9:00 A.M., at the office of Defendant Tiffin University, Inc.'s counsel, Roetzel & Andress, Fifth Third Center at One SeaGate, Suite 1700, Toledo, OH 43604.

NOTICE OF DEPOSITION - 1   THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

```
Name:      Paul Marion

Address:   c/o Denise M. Hasbrook, Esq.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604

Date:      Thursday, February 24, 2011

Time:      9:00 A.M.

Location:  Roetzel & Andress, P.A.
           Fifth Third Center at One SeaGate
           Suite 1700
           Toledo, OH 43604
```

                      Respectfully submitted,

                      /s/ Richard M. Kerger
                      Richard M. Kerger (0015864)
                      Kimberly A. Conklin (0074726)
                      Kerger & Hartman, LLC
                      33 S. Michigan St., Suite 100
                      Toledo, OH 43604
                      Telephone: (419) 255-5990
                      Fax: (419) 255-5997
                      Email: rkerger@kergerlaw.com
                             kconklin@kergerlaw.com

                      Shawn C. Whittaker (Pro Hac Vice)
                      Whittaker & Associates, P.C.
                      1010 Rockville Pike, Suite 607
                      Rockville, MD 20852
                      Telephone: (301) 838-4502
                      Fax: (301) 838-4505
                      Email: shawn@whittaker-law.com

                      *Counsel for Plaintiff*
                      *University of Northern Virginia, Inc.*

NOTICE OF DEPOSITION - 2                THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 8th day of November, 2010, a copy of the foregoing notice was served electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          /s/ Richard M. Kerger
                          Richard M. Kerger (0015864)
                          Counsel for Plaintiff

NOTICE OF DEPOSITION - 3        THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com