IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF NORTHERN VIRGINIA, INC.,

                Plaintiff,          Case No. 3:09 CV 2225

    -vs-

                                             O R D E R

TIFFIN UNIVERSITY, INC.,

                Defendant.

KATZ, J.

    A telephonic conference was held in this matter on November 8, 2011. The discovery deadline is set for July 1, 2011. The dispositive motion deadline is July 29, 2011, with three (3) weeks for response and ten (10) days for reply. The plaintiff's expert disclosures are due on April 1, 2011; the defendant's expert disclosures are due on May 2, 2011.

    A non-jury trial is set for November 15, 2011.

    IT IS SO ORDERED.

                                                       S/ *David A. Katz*
                                                     DAVID A. KATZ
                                                     U. S. DISTRICT JUDGE