IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIFFIN UNIVERSITY, INC., <br><br> Defendant. | CASE NO. 3:09-CV-2225 <br><br> JUDGE DAVID A. KATZ <br><br> **PROOF OF SERVICE** |

Now comes Defendant, Tiffin University, Inc., by and through counsel, and hereby certifies that on the 10th day of November, 2010, it served the following upon all parties via email and U.S. Mail:

1. Defendant, Tiffin University, Inc.'s First Set of Interrogatories and Request for Production of Documents to Plaintiff, University of Northern Virginia, Inc.

Respectfully submitted,

*/s/ Denise M. Hasbrook*

Denise M. Hasbrook (0004798)
Emily Ciecka Wilcheck (0077895)
Roetzel & Andress, LPA
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: 419.254.5243
Facsimile: 419.242.0316
E-mail: dhasbrook@ralaw.com
E-mail: ewilcheck@ralaw.com

*Counsel for Defendant, Tiffin University*

150883 v_01 \ 123394.0001

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing Proof of Service has been served upon the following parties via the Court's electronic filing system , this 10th day of November, 2010:

Richard M. Kerger, Esq.  
Kimberly A. Conklin, Esq.  
Kerger & Hartman, LLC  
33 S. Michigan St., Suite 100  
Toledo, OH 43604

David J. Claus, Esq.  
Lange, DeVine & Claus, LLC  
174 South Washington Street  
Tiffin, OH 44883  
*Counsel for Tiffin University*

Shawn C. Whittaker, Esq.  
Whittaker & Associates, P.C.  
1010 Rockville Pike, Suite 607  
Rockville, MD 20852

*Counsel for Plaintiff,*  
*University of Northern Virginia, Inc.*

    Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Respectfully submitted,

*/s/ Denise M. Hasbrook*  
Denise M. Hasbrook (0004798)  
Emily Ciecka Wilcheck (0077895)

*Counsel for Defendant, Tiffin University*

150883 v_01 \ 123394.0001