IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIFFIN UNIVERSITY, INC., <br><br> Defendant. | CASE NO. 3:09-CV-2225 <br><br> JUDGE DAVID A. KATZ <br><br> **<u>ENTRY OF SETTLEMENT AND DISMISSAL</u>** |

Now come the parties, by and through their counsel, who represent to the Court that all matters in controversy between Plaintiff and Defendant have been settled and dismissed.

WHEREFORE, the parties hereby request that this Court dismiss the above-referenced action, without prejudice. Each party to pay their own costs.

IT IS SO ORDERED.

                                                                 Judge David A. Katz

Submitted by:

*/s/ Shawn C. Whitaker by email consent of 1/6/11 at 7:25 p.m.*
Shawn C. Whitaker, Esq.
Richard M. Kerger, Esq.
Kimberly A. Conklin, Esq.
*Counsel for Plaintiff,*
*University of Northern Virginia, Inc.*

*/s/ Denise M. Hasbrook*
Denise M. Hasbrook (0004798)
Emily Ciecka Wilcheck (0077895)
*Counsel for Defendant, Tiffin University*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Entry of Settlement and Dismissal has been served upon the following parties via the Court's electronic filing system , this  7th   day of January, 2011:

Richard M. Kerger, Esq.  
Kimberly A. Conklin, Esq.  
Kerger & Hartman, LLC  
33 S. Michigan St., Suite 100  
Toledo, OH 43604  

David J. Claus, Esq.  
Lange, DeVine & Claus, LLC  
174 South Washington Street  
Tiffin, OH 44883  
*Counsel for Tiffin University*

Shawn C. Whittaker, Esq.  
Whittaker & Associates, P.C.  
1010 Rockville Pike, Suite 607  
Rockville, MD 20852  

*Counsel for Plaintiff,*  
*University of Northern Virginia, Inc.*

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Respectfully submitted,

*/s/ Denise M. Hasbrook*  
Denise M. Hasbrook (0004798)  
Emily Ciecka Wilcheck (0077895)

*Counsel for Defendant, Tiffin University*

151903 v_01 \ 123394.0001