IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF NORTHERN VIRGINIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIFFIN UNIVERSITY, INC., <br><br> Defendant. | CASE NO.  3:09-CV-2225 <br><br> JUDGE DAVID A. KATZ <br><br> **ENTRY OF SETTLEMENT AND DISMISSAL** |

Now come the parties, by and through their counsel, who represent to the Court that all matters in controversy between Plaintiff and Defendant have been settled and dismissed.

WHEREFORE, the parties hereby request that this Court dismiss the above-referenced action, without prejudice. Each party to pay their own costs.

IT IS SO ORDERED.

/s/ David A. Katz
───────────────────────
Judge David A. Katz

Submitted by:

*/s/ Shawn C. Whitaker by email consent of 1/6/11 at 7:25 p.m.*
Shawn C. Whitaker, Esq.
Richard M. Kerger, Esq.
Kimberly A. Conklin, Esq.
*Counsel for Plaintiff,*
*University of Northern Virginia, Inc.*

*/s/ Denise M. Hasbrook*
Denise M. Hasbrook (0004798)
Emily Ciecka Wilcheck (0077895)
*Counsel for Defendant, Tiffin University*

151903 v_01 \ 123394.0001